AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE ———————————— **DISTRICT OF** ——— ALABAMA ———

TERA A. McMILLAN

**V.**

ALABAMA DEPARTMENT OF YOUTH SERVICES
and MICHAEL J. HARDY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-01-WKW

**TO:** (Name and address of defendant)
Mr. Michael J. Hardy.
2900 Marti Lane
Montgomery, Alabama 36116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jimmy Jacobs, LLC
Attorney at Law
143 Eastern Boulevard
Montgomery, Alabama 36117

an answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

_Debra P. Hackett_
CLERK

_Donna M. Payfleet_
(BY) DEPUTY CLERK

_January 5, 2007_
DATE

✎AO 440  (Rev.  8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                                       *Signature of Server*

_____
                                   *Address of Server*

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

2:07cv1WKW

Postmark Here

1-5-07

Sent To _Mr. Michael J. Hardy_
Street, Apt. No.; or PO Box No. _2900 Marti Lane_
City, State, ZIP+4 _Montgomery, AL 36116_

7006 0100 0000 0275 4174

PS Form 3800, June 2002        See Reverse for Instructions

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE ———————— **DISTRICT OF** ——— ALABAMA ——————————

TERA A. McMILLAN

**V.**

ALABAMA DEPARTMENT OF YOUTH SERVICES
and MICHAEL J. HARDY

### SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:07-CV-01- WKW

TO: (Name and address of defendant)
Alabama Department of Youth Services.
P. O. Box 66
Mt. Meigs, Alabama 36057

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jimmy Jacobs, LLC
Attorney at Law
143 Eastern Boulevard
Montgomery, Alabama 36117

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

*Debra P. Hackett*

CLERK

_____
(BY) DEPUTY CLERK

DATE _____ January 5, 2007

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

   _____

☐ Other (specify): _____

   _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              Signature of Server

                                        _____
                                                    Address of Server

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | 2:07cv-1-wkw |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 1-5-07 |
| Total Postage & Fees | $ | |

Sent To  Ala. Dept. of Youth Services
Street, Apt. No.; or PO Box No.  P.O. Box 66
City, State, ZIP+4  Mt. Meigs, AL 36057

7006 0100 0002 0279 4167

PS Form 3800, June 2002                    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.