McMillan

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ala. Dept of Youth Services
P.O. Box 66
Mount Meigs, AL 36057

2:07CV1-WKW (Cmp/Sms 20 dys)

2. Article Number (Transfer from service label)
7006 0100 0002 0279 4167

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cyndi Thomas
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Cyndi Thomas

C. Date of Delivery
1/8

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes