| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Michael Hardy_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Michael J. Hardy   C. Date of Delivery: 1/6/07 |
| 1. Article Addressed to:<br><br>Mr. Michael J. Hardy<br>2900 Marti Lane<br>Montgomery, AL 36116<br><br>2:07cv1-WKW (Complaints 20 days) | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0002 0279 4174 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |