IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERA A. MCMILLAN,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **CASE NO. 2:07-CV-01-WKW** |
| ) | |
| **ALABAMA DEPARTMENT OF YOUTH** ) | |
| **SERVICES** and ) | |
| **MICHAEL J. HARDY,** ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

JAMES ELDON WILSON, Attorney At Law, by and through the undersigned, files this Notice of Appearance as counsel on behalf of Defendant MICHAEL J. HARDY.

DONE this the 13th day of February, 2007.

                                                           **s/  JAMES ELDON WILSON**
                                                           **James Eldon Wilson (WIL079)**
                                                           **Deputy Attorney General**

**OF COUNSEL:**
**James Eldon Wilson, Esquire**
**4265 Lomac Street**
**Montgomery, AL 36106**
**(334) 409-2003; FAX (334) 409-2009**
**email:jameseldonwilson@mindspring.com**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties by placing a copy thereof in the United States Mail, postage prepaid and properly addressed to them on this, the 13th day of February, 2007.

s/JAMES ELDON WILSON
OF COUNSEL

**Jimmy Jacobs, Esq.**
**Attorney for the Plaintiff**
**143 Eastern Boulevard**
**Montgomery, AL 36117**

**T. Dudley Perry, Jr.**
**Deputy Attorney General**
**Attorney for the Defendants**
**Alabama Department of Youth Services**
**P.O. Box 66**
**Mt. Meigs, AL 36057**

**Karen Sampson Rodgers, Esq.**
**Attorney At Law**
**459 South McDonough Street, Suite 5**
**Montgomery, AL 36104**