IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. MCMILLAN, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-01-WKW |
| | ) |
| ALABAMA DEPARTMENT OF YOUTH SERVICES and MICHAEL J. HARDY, | ) ) ) |
| | ) |
|     Defendants. | ) |

### MICHAEL J HARDY's ANSWER TO AMENDED COMPLAINT

**COMES NOW MICHAEL J. HARDY, DEFENDANT,** and files his Answer to the Amended Complaint and in so doing incorporates by reference every pleading as contained in his Answer filed on January 29, 2007, as if fully rewritten and set out herein.

**Defendant Hardy further supplements his Aswer by adding responses to the additional Causes of Actions added by Plaintiff on March 12, 2007.**

1. Responding to newly added Paragraphs 23 through 26, in which Plaintiff adds a new Fourth Cause of Action (Invasion of Privacy), Defendant Hardy denies all remaining or inconsistent allegations and demands strict proof thereof.

2. Responding to newly added Paragraphs 27 through 31, in which Plaintiff adds a new Fifth Cause of Action (Civil Assault and Battery), Defendant Hardy denies all remaining or inconsistent allegations and demands strict proof thereof.

3. Responding to Plaintiff's Amended Prayer For Relief, including newly added Paragraphs (i) through and including (vi), Defendant Hardy denies that Plaintiff is entitled to any relief, and Defendant further denies all remaining or inconsistent allegations of Plaintiff's Amended Prayer For Relief.

Respectfully submitted,

        s/  JAMES ELDON WILSON
        James Eldon Wilson (WIL079)
        Deputy Attorney General

OF COUNSEL:
James Eldon Wilson, Esquire
4265 Lomac Street
Montgomery, AL 36106
(334) 409-2003; FAX (334) 409-2009
email:jameseldonwilson@mindspring.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties by placing a copy thereof in the United States Mail, postage prepaid and properly addressed to them on this, the 26th day of March, 2007.

        s/JAMES ELDON WILSON
        OF COUNSEL

Jimmy Jacobs, Esq.
Attorney for the Plaintiff
143 Eastern Boulevard

**Montgomery, AL 36117**

**T. Dudley Perry, Jr.**
**Deputy Attorney General**
**Attorney for the Defendants**
**Alabama Department of Youth Services**
**P.O. Box 66**
**Mt. Meigs, AL 36057**

**Karen Sampson Rodgers, Esq.**
**Attorney At Law**
**459 South McDonough Street, Suite 5**
**Montgomery, AL 36104**