IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. MCMILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-01-WKW |
| ) | |
| ) | |
| ALABAMA DEPARTMENT OF YOUTH ) | |
| SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint (Doc. # 11), it is ORDERED that the motion is GRANTED.[1]  The proposed amendment was filed within the time prescribed within the Report of Parties' Rule 26(f) Planning Meeting (Doc. # 10).

DONE this 3rd day of April, 2007.

        /s/  W. Keith Watkins
    UNITED STATES DISTRICT JUDGE

---

[1] Leave to amend "shall be freely given when justice so requires."  Fed. R. Civ. P. 15(a).