IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. MCMILLAN, | |
| Plaintiff, | |
| | Case No. 2:07-CV-01-WKW |
| v. | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES AND MICHAEL J. HARDY | |
| Defendants. | |

RECEIVED
2007 APR 18 P 4· 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### MOTION TO WITHDRAW

COMES NOW, Attorney Karen Sampson Rodgers, who respectfully request this Honorable Court to Withdraw as Attorney for Michael J. Hardy and represents the following:

1. That Attorney Rodgers was counsel for Michael J. Hardy for the limited purposes of filing an initial Answer to the Original Complaint.

2. That the Defendant Michael J. Hardy is represented by the Honorable James Eldon Wilson in this lawsuit.

3. All parties are aware of my limited appearance as counsel.

Wherefore, Attorney Rodgers moves to withdraw as counsel of record in the above-entitled and numbered action and no longer be sent further notices of the Court.

Respectfully Submitted,

_____
Karen Sampson Rodgers, SAM018

OF COUNSEL:
Karen Sampson Rodgers, SAM018
459 South McDonough Street, Suite 5
Montgomery, Alabama 36104
(334) 262-6481 telephone
(334) 262-6482 facsimile

### CERTIFICATE OF SERVICE

I certify that the Motion to Withdraw was served on all counsel of record by U.S.

Mail, Postage prepaid, properly addressed on this the 17th day of April 2007.

James Eldon Wilson, Esquire
4265 Lomac Street
Montgomery, Alabama 36106

Jimmy Jacobs, Esq.
143 Eastern Boulevard
Montgomery, Alabama 36117

T. Dudley Perry, Jr.
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057