IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. MCMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-01-WKW |
| | ) |
| ALABAMA DEPARTMENT OF YOUTH | ) |
| SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 16) filed by Attorney Karen Sampson Rodgers, it is ORDERED that the motion is GRANTED.

DONE this 20th day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE