IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA MCMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-cv-001-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER RE-SETTING TRIAL DATE**

The trial of this cause is rescheduled for the civil jury term of the undersigned on **March 24, 2008.** The pretrial hearing remains set for **February 20, 2008.** All other deadlines set out in the Uniform Scheduling Order (Doc. #15) shall remain in effect.

Done this 26th day of July, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE