IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA McMILLAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 2:07cv001-WKW |
| ALABAMA DEPARTMENT, ) | |
| OF YOUTH SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant's Motion for Protective Order (Doc. #19), filed on September 25, 2007, and for good cause, it is

ORDERED Plaintiff shall file a response to the motion on or before October 12, 2007. It is further

ORDERED that the parties shall meet and confer to discuss this motion prior to Plaintiff filing a response. Defendant's motion fails to indicate in accordance with the Federal Rules of Civil Procedure that it has attempted to discuss the discovery dispute with Plaintiff prior to filing a motion for a protective order.

DONE this 28th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE