IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA A. McMILLAN | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No: 2:07-cv-001-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | (JURY DEMAND) |
|  YOUTH SERVICES, et al., | ) | |
|     Defendants | ) | |

RESPONSE TO ORDER ON PROTECTIVE ORDER

COMES NOW THE PLAINTIFF, by and through undersigned counsel, and submits her response to the Court's Order dated September 28, 2007 regarding the "Defendant's Motion for a Protective Order". The motion should have more properly been entitled and submitted as a joint motion. Plaintiff's counsel assisted in the drafting of the proposed Order and signed it prior to its submission to the Court by the Defendant's counsel. There is no controversy between the parties at this time regarding the proposed protective order.

Respectfully submitted this 28th day of September 2007.

                                                /S/ **JIMMY JACOBS**
                                                JIMMY JACOBS (JAC051)
                                                Attorney for Plaintiff
                                                4137 Carmichael Rd, Ste 100
                                                Montgomery, Alabama 36106
                                                (334) 215-1788

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 28TH of September, 2007.

          /s/**Jimmy Jacobs**
          JIMMY JACOBS (JAC051)
          Attorney for Plaintiff

COUNSEL OF RECORD:

T. Dudley Perry, Jr.
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057

James Eldon Wilson, Esquire
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106

2