IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERA A. MCMILLAN,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-01-WKW |
| | ) |
| **ALABAMA DEPARTMENT OF YOUTH SERVICES** and **MICHAEL J. HARDY,** | ) ) ) |
| | ) |
| Defendants. | ) |

## MICHAEL J HARDY's MOTION FOR SUMMARY JUDGMENT

COMES NOW MICHAEL J. HARDY, DEFENDANT, and respectfully moves the Court to grant Summary Judgment in his behalf in that Plaintiff has failed to prove that said Defendant has committed any unlawful discrimination against Plaintiff on the basis of sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U. S. Code Section 2000 e, *et seq*, as well as the equal protection clause of the United States Constitution.

In support thereof, Defendant Hardy submits the attached brief of arguments and authorities.

Respectfully submitted, this the 24th day of November, 2007.

s/ JAMES ELDON WILSON
James Eldon Wilson (WIL079)
Deputy Attorney General

OF COUNSEL:
James Eldon Wilson, Esquire
4265 Lomac Street

**Montgomery, AL 36106**
**(334) 409-2003; FAX (334) 409-2009**
**email:jameseldonwilson@mindspring.com**

### CERTIFICATE OF SERVICE

**I hereby certify that on November 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:**

**Jimmy Jacobs, Esq.**
**Attorney for the Plaintiff**
**4137 Carmichael Rd, Ste 100**
**Montgomery, AL 361o6**

**T. Dudley Perry, Jr.**
**Deputy Attorney General**
**Attorney for the Defendants**
**Alabama Department of Youth Services**
**P.O. Box 66**
**Mt. Meigs, AL 36057**

                                        **s/JAMES ELDON WILSON**
                                        **Of Counsel**