IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERA A. McMILLAN                    )
                                    )
            Plaintiff,              )
                                    )
                                    )
v.                                  )
                                    )        CIVIL ACTION NO. 2:07cv001-WKW
ALABAMA DEPARTMENT,                 )
OF YOUTH SERVICES, *et al.*,        )
                                    )
            Defendants.             )

## ORDER

Upon consideration of Plaintiff's Motion to Compel and For Costs (Doc. #27),

filed on November 26, 2007, and for good cause, it is

ORDERED Defendant shall submit a response to the motion on or before

December 11, 2007.

DONE this 27th day of November, 2007.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE