IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-001-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plainitff's Motion to Strike (Doc. #31), and for good cause it is ORDERED that Defendant Alabama Department of Youth Services shall submit a response to the motion **on or before December 11, 2007.**

DONE this 29th day of November, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE