IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-001WKW |
| | ) |
| ALABAMA DEPT. OF YOUTH SERVICES | ) |
|  And MICHAEL J. HARDY | ) |
| | ) |
|    Defendant, | ) |

CONFLICT DISCLOSURE STATEMENT

    COMES NOW Tera A. McMillan, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ✓    This party is an individual, or

         This party is a governmental entity, or

         There are no entities to be reported, or

         The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

 30 November 2007                   /s/**JIMMY JACOBS**_____
     Date                                    Counsel Signature

                                          _Tera A. McMillan_____
                                          Counsel for (print names of all parties)

                                          _4137 Carmichael Road, Ste 100_____
                                          _Montgomery, AL 36106_____
                                          Address, City, State Zip Code
                                          _(334) 215-1788_____
                                          Telephone Number

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 30th of November, 2007.

                                                /s/**Jimmy Jacobs**
                                              JIMMY JACOBS (JAC051)
                                              Attorney for Plaintiff

COUNSEL OF RECORD:

T. Dudley Perry, Jr.
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057

James Eldon Wilson, Esquire
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106