IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA A. McMILLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-001WKW |
| | ) | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES AND MICHAEL J. HARDY | ) ) | |
| | ) | |
| Defendants, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Alabama Department of Youth Services, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

November 30, 2007                     /s/ T. Dudley Perry, Jr.
         Date                                        General Counsel

                                                      T. Dudley Perry, Jr.
                                                      Counsel for (print names of all parties)

                                                      P.O. Box 66, Mt. Meigs, AL 36057
                                                      Address, City, State Zip Code

                                                      334-215-3803
                                                      Telephone Number

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November 2007, I electronically filed the forgoing CONFLICT DISCLOSURE STATEMENT, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following,

Jimmy Jacobs, Esq.
4137 Carmichael Road, Ste. 100
Montgomery, AL 36106

James Eldon Wilson, Esq.
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106


November 30, 2007                                   /s/ T. Dudley Perry, Jr.
            Date                                                    Signature