IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

TERA A. McMILLAN,

    Plaintiff,

v.

ALABAMA DYS AND MICHAEL J. HARDY,

    Defendants,

CASE NO. 2:07-CV-001 WKW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __MICHAEL J. HARDY__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/4/2007
Date

/s/JAMES ELDON WILSON
(Signature)

JAMES ELDON WILSON
(Counsel's Name)

MICHAEL J. HARDY
Counsel for (print names of all parties)

4265 LOMAC STREET
MONTGOMERY, AL 36106
Address, City, State Zip Code

(334) 409-2003
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _JAMES ELDON WILSON_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _4th_____day of _December_____ 20_07_, to:

T. Dudley Perry, Jr.,Esq.,  Deputy Attorney General, P.O. Box 66, Mt. Meigs, AL 36057

Jimmy Jacobs, Esq., 4137 Carmichael Road, Ste 100, Montgomery, AL 36106

12/4/2007                                             /s/JAMES ELDON WILSON
      Date                                                        Signature