IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| TERA McMILLAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No: 2:07-cv-00001-WKW |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| YOUTH SERVICES et al., ) | |
| Defendant. ) | |

### RESPONSE TO MOTION TO COMPEL

In response to the Plaintiff's motion to compel, the Defendant submits the following:

1.    INTERROGATORY NO. 10.

Michael Hardy's personnel file (Bates stamped documents no. 334 through 510) was provided.  However, the exhibits from the fact-finding hearing, listed below, were inadvertently stored in a separate area from the 3,597 copies made by counsel for Defendan and received by the Plaintiff and the approximately 9 banker's boxes of documents made available to and reviewed by Plaintiff's counsel.  (See the list of documents previously produced attached hereto as Exhibit 1.)

     Exhibits from fact-finding hearing:

     7/19/05, memo to J. Wood from D. Spann

     7/14/05, memo to D. Spann from M. Hardy

     Policy and Procedures, 3.13.1

     7/14/05, memo to D. Spann from M. Hardy

     6/21/05, memo to Whom It may concern from Paige Hall Staff

6/21/05, memo, to Whom It May Concern from A. Harvest and J. Ellis

11/08/05, memo to Whom It May Concern from A. Ford

Memo from R. Lee

7/14/05, memo to D. Spann from M. Hardy

4/20/00, memo to M. Hardy from R. Ray

1/18/07, memo to D. Spann from W. Samuel

6/23/97, memo to J. Tyler from M. Hardy

These documents are being Bates stamp numbered and will be provided.

    2.    INTERROGATORY NO. 11

In addition to the statements provided to the Plaintiff (see Exhibit 1), Counsel for the Defendant interviewed the following prior to the hearing on the appeal to the state personnel board of the termination of Defendant Michael Hardy.

Sylvesta Lee - DYS, Unit Manager,

1000 Industrial School Road, Mt. Meigs, AL 36057

Debra Spann - DYS, Personnel Manager,

1000 Industrial School Road, Mt. Meigs, AL 36057

Derrick Boiling - DYS, Youth Svc. Counselor

Birdie Lee Montgomery - Tera A. McMillan Mother,

312 Adler Dr., Montgomery, Alabama 36116

Vanessa Lynn Hall - DYS, Youth Svc. Aide,

1000 Industrial School Road, Mt. Meigs, AL 36057

Reginald Boswell - DYS, Youth Svc. Aide

1000 Industrial School Road, Mt. Meigs, AL 36057

    3.    INTERROGATORY NO. 12.

The undersigned is not aware of any information given to such attorney that differed from that given in the original investigation concerning the sex harassment charge filed by Plaintiff against Defendant Michael Hardy and by whom same was given. This question clearly asks for Counsel for the Defendant to produce work product, and counsel for Defendant objects to the request to produce work product for the purpose of providing it to counsel for Plaintiff through discovery. Counsel for Plaintiff should be capable of viewing the documents and determining whether any contradictions exist.

    4.    INTERROGATORY NO. 15.

DYS denies that sexual harassment occurred toward the Plaintiff. The explanation for this denial is described in detail in the recommended order to the State Personnel Board dated May 8, 2006.

    5.    INTERROGATORY NO. 16.

DYS intends to make all files available and in fact made available approximately 3,597 documents copied by DYS staff for the Plaintiff. It does appear however that documents responsive to this question were in another location and were not reviewed by or provided to the Plaintiff. These documents include a portion of the file for the state personnel hearing, discussed above. They are being Bates stamp numbered and will be produced.

    6.    PRODUCTION REQUEST NO. 22.

The following documents have been provided:

- McMillan personnel file (provided to Plaintiff, Bates no.237 through 242)

- Supervisor's personnel file on McMillan (provided to Plaintiff, Bates no. 3465-3569)

- EEOC Charges (provided as part of Plaintiff's personnel file, (Bates nos. 776 through 783)

However, the following documents were not made available and are being Bates stamp numbered and will be provided. The documents were inadvertently omitted because they were in another location.

- Ms. Spann's material (including the interview with Michael Hardy) were not made available

In addition, the Defendant waives the privilege for the following:

- Special Investigator's investigation of Plaintiff's EEOC 130-2006-01336, dated March 31, 2006 and EEOC dated February 27, 2007.

These documents are being Bates stamped and will be provided to counsel for Plaintiff.

7. PRODUCTION REQUEST NO. 23.

The following documents have been provided:

- Hardy personnel file (provided to Plaintiff, Bates no.334 through 510)

However, the following documents were inadvertently omitted because they were not stored in the same location as the approximately 3,597 documents which were copied at the expense of DYS and provided to the Plaintiff or the many bankers boxes of documents made available and reviewed by counsel for the Plaintiff. These documents are being Bates stamp

numbered and will be provided.

- Fact-finding hearing by Marcia Calender November 15, 2005

- Recommended order to the State Personnel Board dated August 1, 2007.

- 7/19/05, memo to J. Wood from D. Spann

- 7/14/05, memo to D. Spann from M. Hardy

- Policy and Procedures, 3.13.1

- 6/21/05, memo to Whom It may concern from Paige Hall Staff

- 6/21/07, memo, to Whom It May Concern from A. Harvest and J. Ellis

- 11/08/05, memo to Whom It May Concern from A. Ford

- Handwritten letter "To Whom It May Concern" from R. Lee of Reinhardt Motors

- 4/20/00, memo to M. Hardy from Richard Ray

- 1/18/00, memo from D. Spann from M. Hardy

- 1/23/97, memo to J. Tyler from M. Hardy

8. PRODUCTION REQUEST NO. 24.

See the response to production request no. 23 above.

9. PRODUCTION REQUEST NO. 32.

With regard to the incompleteness of the response, see the above responses to production requests nos. 22 and 23. In addition, the Defendant waives the privilege and will make available the following:

- Special investigator Staton's investigation of Plaintiff's investigation March 31, 2006 (see production no. 22)

The investigator's file is voluminous. It is being Bates stamp numbered and will be provided.

10. PRODUCTION REQUEST NO. 33.

Same as number 32 above. In addition,

- Ms. Spann's memo has been included in production request no. 23 above.
- Supervisor's file on McMillan were provided to Plaintiff, Bates no. 3465-3569

11. PRODUCTION REQUEST NO. 36.

As stated above, the following additional documents also responsive to request number 36 are being made available:

- Ms. Spann's memos (see production request no. 23.)
- Marcia Calendar's fact-finding hearing letter to Mr. Wood, dated December 8, 2005. (see production request no. 23)

12. PRODUCTION REQUEST NO. 37.

As stated above, the following additional documents are being made available:

- Special Investigator investigation of Plaintiff's Alleged Discrimination and Retaliation filed dated March 31, 2006, attached. Production request no. 22
- Correspondence (Marcia's letter to Wood, dated December 8, 2005) production request no. 36

13. PRODUCTION REQUEST NO. 38.

The undersigned objects to the production of complaints for sexual harassment, sex/gender discrimination, retaliation and/or any EEOC or OCR complaints filed against current or former employees of DYS on the grounds that it is overly broad and unduly burdensome. DYS operates facilities throughout the State of Alabama and there is no possible relevance to production of such confidential and privileged information regarding individuals who have no connection to this case whatsoever.

Respectfully submitted,

       **s/ T. Dudley Perry Jr.**
       T. Dudley Perry, Jr.
       Bar Number: 3985-R67T
       General Counsel
       Alabama Department of Youth Services
       Post Office Box 66
       Mt. Meigs, AL 36057
       Telephone: (334) 215-3803
       Fax: (334) 215-3872
       E-Mail: dudley.perry@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2007, I electronically filed the foregoing, RESPONSE TO MOTION TO COMPEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
the following:

       Jimmy Jacobs
       E-mail:jacobslawoffice@charter.net
       Attorney At Law
       143 Eastern Boulevard
       Montgomery, AL 36117
       Tel: (334) 215-1788
       Fax: (334) 215-1198


       **s/ T. Dudley Perry Jr.**
       T. Dudley Perry, Jr.

Bar Number: 3985-R67T
General Counsel
Attorney for the Defendant

McMillian vs. DYS

| Bates Number | Subject | Request for Production |
|---|---|---|
| 000002-000034 | Dismissal Appeal & ALJ Recommended Order | #15 |
| 000035-000111 | Leave Reports (DYS 21) ITU and Mt. Meigs | #29 |
| 000112-000157 | Rosters of employees attending training 2005-2007 | #31 |
| 000158-000166 | Employee Address Information (none for Lisa May) | #34 |
| 000167-000173 | Employee Leave Balance (McMillian) | #35 |
| 000176-000183 | EEOC Charges (Both) and Dismissal and Notice of Rights | #22 |
| 000184-000186 | Lee's Letter of Warning, December 6, 2005 re: Failure to attend training and staff meeting | #22 |
| 000187-000220 | Staton Interview of McMillian, December 1, 2006 (Retaliation) | #22 |
| 000237-000242 | McMillian's Personnel File | #22 |
| 000243-000333 | Hardy's Administrative Hearing, November 15, 2005 | #22 |
| 000334-000510 | Hardy's Personnel File | #22 |
| 000511-000521 | Hardy and McMillian Leave Request Forms (DYS 24) | #30 |
| 000522-000527 | EEOC Charge (Retaliation) | #22 |
| 000528-000635 | Staton Interview of McMillian, Feb 16, 2006 (Sex Harassment) | #22 |
| 000636-000640 | Staton Interview of Hammond, March 24, 2006 | #22 |
| 000641-000644 | Staton Interview of Elijah Hood, March 15, 2006 | #22 |
| 000645-000654 | Staton Interview of Gregory Webster, March 14, 2006 | #22 |
| 000655-000673 | Staton Interview of Veronica Harris, March 8, 2006 | #22 |
| 000674-000687 | Staton Interview of Phyllis Rankins, March 10, 2006 | #22 |
| 000688-000700 | Staton Interview of Sylvesta Lee, March 9, 2006 | #22 |
| 000702-000703 | Leave Reports (DYS 21) ITU | #29 |
| 000712-000713 | McMillian Leave Request Forms (DYS Form 24)Dec 05, Jan 06 | #30 |
| 000714 | Rankin's Letter to McMillian re: Concerns about employee Appraisal | #22 |
| 000715-000723 | McMillian's Performance Preappraisals and Appraisals 03/01/05-03/01/07 | #22 |
| 000722 | Lee's Letter of Warning, December 6, 2005 | #22 |

| Bates | Description | # |
|---|---|---|
| 000723 | McMillian's Performance Appraisal 03/01/04-03/01/05 | #22 |
| 000724-000729 | Memos For Record from Lee, Hammond, Whitted, and Washington re: Contact with McMillian | #22 |
| 000730 | Lee's Contact with Staff memo Jan 20, 2006 re: Insubordination | #22 |
| 000731 | Lee's Contact with Staff memo Nov 29, 2005 re: Failure to Attend | #22 |
| 000732 | Lee's Memo re: Mandatory A Training 2006 | #22 |
| 000733 | McMillian's Memo For Record re: Dispute Performance Eval | #22 |
| 000734-000735 | McMillian's Performance Preappraisal (partial) 03/01/05-03/01/06 | #22 |
| 000736-000737 | Subpoenas to appear at ALJ Hearing | #22 |
| 000738-000740 | McMillian training certificates and one pay raise notice | #22 |
| 000741 | McMillian's Performance Appraisal (partial) 03/01/6-03/01/07 | #22 |
| 000742 | Rankin's Memo to Spann re: McMillian's refusal to sign Appraisal | #22 |
| 000743 | Lee's Letter of Warning, December 6, 2005 re: Failure to attend training and staff meeting | #22 |
| 000744 | Performance Appraisal (partial) 03/01/05-03/01/06 | #22 |
| 000745-000761 | Misc forms from McMillian's personnel file; most duplicative | #22 |
| 000762-000775 | McMillian's Performance Preappraisals and Appraisals 10/21/02-03/01/07 | #22 |
| 000776-000783 | EEOC Charges (Both) and Dismissal and Notice of Rights | #22 |
| 000784-000785 | Subpoenas to appear at ALJ Hearing | #22 |
| 000786-000848 | Security Affidavit Count for 3/4/06 and 3/5/06 | #25 |
| 000849-000920 | Daily Time & Attendance Report ITU 07/01/06-09/15/06 | #26 |
| 000921-000935 | Daily Time & Attendance Report ITU 06/16/06-06/30/06 | #26 |
| 000936-000950 | Daily Time & Attendance Report ITU 06/01/06-06/15/06 | #26 |
| 000951 | Daily Time & Attendance Report ITU 05/16/06 | #26 |
| 000952-000966 | Daily Time & Attendance Report ITU 05/17/06-05/31/06 | #26 |
| 000967-000996 | Daily Time & Attendance Report ITU 04/16/06-05/15/06 | #26 |
| 000997-001011 | Daily Time & Attendance Report ITU 04/01/06-04/15/06 | #26 |
| 001012-001023 | Daily Time & Attendance Report ITU 03/18/06-03/31/06 | #26 |
| 001024-001051 | Daily Time & Attendance Report ITU 03/04/06-03/17/06 | #26 Duplicates |
| 001052-001065 | Daily Time & Attendance Report ITU 03/04/06-03/17/06 | #26 |

| Bates Range | Description | Notes |
|---|---|---|
| 001066-001076 | Daily Time & Attendance Report ITU 02/18/06-02/28/06 | #26 Duplicates |
| 001077-001080 | Daily Time & Attendance Report ITU 03/01/06-03/03/06 | #26 |
| 001081-001108 | Daily Time & Attendance Report ITU 02/28/06-03/03/06 | #26 Duplicates |
| 001095-001105 | Daily Time & Attendance Report ITU 02/18/06-02/28/06 | #26 |
| 001109-001138 | Daily Time & Attendance Report ITU 04/01/06-04/30/06 | #26 Duplicates |
| 001139-001168 | Daily Time & Attendance Report ITU 04/01/06-04/30/06 | #26 Duplicates |
| 001169-001183 | Daily Time & Attendance Report ITU 05/01/06-05/15/06 | #26 Duplicates |
| 001184-001198 | Daily Time & Attendance Report ITU 05/01/06-05/15/06 | #26 Duplicates |
| 001199-001227 | Daily Time & Attendance Report ITU 05/16/06-06/15/06 | #26 Duplicates |
| 001228-001242 | Daily Time & Attendance Report ITU 06/01/06-06/15/06 | #26 Duplicates |
| 001243-001257 | Daily Time & Attendance Report ITU 06/16/06-06/30/06 | #26 Duplicates |
| 001258-001272 | Daily Time & Attendance Report ITU 06/16/06-06/30/06 | #26 Duplicates |
| 001273-001298 | Daily Time & Attendance Report ITU 07/01/06-07/30/06 | #26 Duplicates |
| 001299-001326 | Daily Time & Attendance Report ITU 07/01/06-08/01/06 | #26 Duplicates |
| 001325-001386 | Daily Time & Attendance Report ITU 08/01/06-09/30/06 | #26 Duplicates |

**Missing Daily Time & Attendance Report ITU 06/25/05-02/17/06; 07/08/05-07/10/05; 10/01/06-12/31/06**
**Missing Daily Time & Attendance Report Paige Hall from 01/01/05 – 06/24/05**

| Bates Range | Description | Notes |
|---|---|---|
| 001387-001397 | Security Gate Log of employees entering and leaving 06/20/06 | #25 |
| 001398-001409 | Security Gate Log of employees entering and leaving 06/21/06 | #25 |
| 001410-001419 | Security Gate Log of employees entering and leaving 06/19/06 | #25 missing several pgs |
| 001420-001431 | Security Gate Log of employees entering and leaving 06/18/06 | #25 |
| 001432-001442 | Security Gate Log of employees entering and leaving 06/16/06 | #25 |
| 001443-001454 | Security Gate Log of employees entering and leaving 06/17/06 | #25 |
| 001455-001466 | Security Gate Log of employees entering and leaving 06/15/06 | #25 |
| 001467-001480 | Security Gate Log of employees entering and leaving 06/14/06 | #25 |
| 001481-001492 | Security Gate Log of employees entering and leaving 06/13/06 | #25 |
| 001493-001504 | Security Gate Log of employees entering and leaving 06/09/06 | #25 |
| 001505-001516 | Security Gate Log of employees entering and leaving 06/10/06 | #25 |
| 001517-001528 | Security Gate Log of employees entering and leaving 06/11/06 | #25 |
| 001529-001538 | Security Gate Log of employees entering and leaving 06/12/06 | #25 missing last two pgs |
| 001539-001548 | Security Gate Log of employees entering and leaving 06/07/06 | #25 out of order first pg 1609 |

| Bates Range | Description | Request |
|---|---|---|
| 001549-001560 | Security Gate Log of employees entering and leaving 06/08/06 | #25 |
| 001561-001572 | Security Gate Log of employees entering and leaving 06/04/06 | #25 |
| 001573-001584 | Security Gate Log of employees entering and leaving 06/02/06 | #25 |
| 001585-001596 | Security Gate Log of employees entering and leaving 06/05/06 | #25 |
| 001597-001608 | Security Gate Log of employees entering and leaving 06/06/06 | #25 |
| 001609-001610 | Security Gate Log of employees entering and leaving 06/07/06 | #25 1609 see 6/7/06 |
| 001611-001622 | Security Gate Log of employees entering and leaving 06/02/06 | #25 |
| 001623-001634 | Security Gate Log of employees entering and leaving 06/01/06 | #25 |
| 001635-001646 | Security Gate Log of employees entering and leaving 05/11/06 | #25 |
| 001647-001657 | Security Gate Log of employees entering and leaving 05/15/06 | #25 |
| 001658-001669 | Security Gate Log of employees entering and leaving 05/10/06 | #25 |
| 001670-001681 | Security Gate Log of employees entering and leaving 05/09/06 | #25 |
| 001682-001704 | Security Gate Log of employees entering and leaving 05/08/06 | #25 |
| 001694-001705 | Security Gate Log of employees entering and leaving 05/07/06 | #25 |
| 001706-001717 | Security Gate Log of employees entering and leaving 05/06/06 | #25 |
| 001718-001729 | Security Gate Log of employees entering and leaving 05/05/06 | #25 |
| 001730-001741 | Security Gate Log of employees entering and leaving 05/03/06 | #25 |
| 001742-001753 | Security Gate Log of employees entering and leaving 05/04/06 | #25 |
| 001754-001765 | Security Gate Log of employees entering and leaving 05/02/06 | #25 |
| 001766-001777 | Security Gate Log of employees entering and leaving 05/01/06 | #25 |
| 001778-001789 | Security Gate Log of employees entering and leaving 06/22/06 | #25 |
| 001790-001801 | Security Gate Log of employees entering and leaving 11/11/05 | #25 |
| 001802-001813 | Security Gate Log of employees entering and leaving 11/29/05 | #25 |
| 001814-001849 | Training material re: Student Self-Harm 04/26/07 | #31 |
| 001850-001956 | Training schedules and sign-in sheets | #31 |
| 001959-001999 | ITU Leave Request Forms (DYS Form 24) Aug-Nov 2005 | #30 |

| Bates | Description | Ex# |
|---|---|---|
| 002158-002816 | Security Gate Log of employees entering and leaving 03/01/06-04/29/06, 11/16/18/05 | #25 |
| 002158-002816 | Security Gate Log of employees entering and leaving 03/01/06-04/29/06, 11/16- | #25 |
| 002820 | Leave Reports (DYS 21) ITU and Mt. Meigs | #29 |
| 002827-003406 | Leave Reports (DYS 21) ITU and Mt. Meigs | #29 |
| 3407-3439 | Policy & Procedure Training | |
| 3440-3465 | DYS Form 24 Leave request forms | |
| 3465-3569 | Mr. Lee personnel file on Tera McMillan | |
| 3570-3597 | Recording of Mr. Lee + Ms. McMullen | |
| 3578- | | |