IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 2:07cv001-WKW |
| ALABAMA DEPARTMENT, ) | |
| OF YOUTH SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Compel and For Costs (Doc. #27), and Defendant's Response (Doc. #39) to that motion, it is

ORDERED that the motion (Doc. #27) is DENIED IN PART AND GRANTED IN PART. Defendant shall make available or produce (Doc. #39) all documents represented in its Response to the outstanding interrogatories and/or requests for production. Defendant shall comply with this Order **on or before December 20, 2007**.

The Court, however, remarks on two particular disputes. With regards to Interrogatory No. 12, the Court accepts Defendant's representation that he is not aware of any other information responsive to the interrogatory. With regards to Request for Production No. 38, although the Court grants this request, the Court limits the production to any complaint from offices within the Middle District of Alabama only.

With respect to Plaintiff's Motion for Costs, Plaintiff generally asserted the motion

without any support or information on which to make a ruling. Accordingly, it is

ORDERED that the Motion for Costs is DENIED.

DONE this 13th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE