IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-001-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

For good cause shown, it is ORDERED that the deadlines for response briefs for each motion for summary judgment (Doc. # 23, 25, 28) are CONTINUED to **January 3, 2008.** The deadlines for reply briefs for each motion for summary judgment are CONTINUED to **January 17, 2008.**

DONE this 14th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE