IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA A. McMILLAN | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No: 2:07-cv-001-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | (JURY DEMAND) |
|   YOUTH SERVICES, et al., | ) | |
|     Defendants | ) | |

**Report of Parties' Settlement Conference**

Comes now the Plaintiff, by and through undersigned counsel, and submits this Report of the Parties' Settlement Conference conducted on December 17, 2007, pursuant to the Court's Scheduling Order in this matter. The Parties have concluded that they are unable to reach a resolution of their differences at this time, but agree to continue their efforts pending further discovery in the matter. The Parties do not believe mediation would be helpful at this point in their efforts, but wish to reserve the right to request mediation through the Court as the case progresses.

Respectfully submitted this 19th day of December 2007.

                                                      /S/ JIMMY JACOBS
                                                      JIMMY JACOBS (JAC051)
                                                      Attorney for Plaintiff
                                                      4137 Carmichael Rd, Ste 100
                                                      Montgomery, Alabama 36106
                                                      (334) 215-1788

CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 19th of December, 2007.

                /s/**Jimmy Jacobs**
                JIMMY JACOBS (JAC051)
                Attorney for Plaintiff

COUNSEL OF RECORD:

T. Dudley Perry, Jr.
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057

James Eldon Wilson, Esquire
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106