IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>) CIVIL ACTION NO. 2:07cv001-WKW<br>ALABAMA DEPARTMENT, )<br>OF YOUTH SERVICES, *et al.*, )<br>)<br>Defendants. ) | |

## ORDER ON MOTION

The Court carefully has examined Defendant's Motion for Protective Order (Doc. #46). The motion seeks a protective order barring Plaintiff from further written discovery in this case "on the grounds that it is unreasonably cumulative or duplicative, onerous, overly burdensome, obtainable from other, more convenient and less burdensome and less expensive source[s], and Plaintiff has, on many occasions, had total and complete access to all documents in this case." Def.'s Mot. Prot. Order (Doc. #46) at unnumbered page 7. Though not a model of clarity, it appears the further written discovery Defendant seeks barred is "Plaintiff's request for production of documents." Id. at unnumbered page 2. No copy of these requests for production of documents was filed, nor does Defendant describe the content of the request. The Court accordingly has no means of ruling on this motion. Accordingly, it is

ORDERED that the motion (Doc. #46) is DENIED.

DONE this 16th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE