IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:07cv001-WKW |
| ALABAMA DEPARTMENT, | ) |
| OF YOUTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon careful consideration of Plaintiff's "Motion for Sanctions, Including Costs, Pursuant to Rule 37 of the Federal Rules of Civil Procedure" (Doc. #50), it is

ORDERED Defendant shall file a response to the motion (Doc. #50) on or before February 7, 2008.

DONE this 24th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE