IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NUMBER: 2:07:CV-01-WKW |
| vs. | ) |
| | ) |
| ALABAMA DEPARTMENT OF YOUTH | ) |
| SERVICES and MICHAEL J. HARDY, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO QUASH SUBPOENA**

COMES NOW a non-party Dr. John R. Langlow, and moves this Honorable Court for an Order directing that the records of the non-party as they pertain to **Tera A. McMillan** remain confidential and that this Honorable Court issue an Order quashing the subpoena served upon the Movant by the Alabama Department of Youth Services which requests records related to the foregoing individual and for grounds would show as follows:

1. That your movant is not a party to this action and is a mental health services provider.

2. That pursuant to § 34-26-2, Code of Alabama, (1975); FED. R. EVID. 501; and *Jaffee v. Redmond*, 518 U.S. 1 (1996); the records requested in this case contain information gathered pursuant to the movant's psychiatric treatment and assessment of **Tera A. McMillan** and is therefore confidential information and not subject to disclosure.

Page Two
Motion To Quash
2:07:CV-01-WKW

WHEREFORE, PREMISES CONSIDERED, your movant requests that this Honorable Court issue an Order quashing that certain subpoena served upon the movant in this case.

By: _____

Stephen B. Griffin
Attorneys for the Movant
Dr. John Langlow

OF COUNSEL:
Stephen B. Griffin & Associates
2100 River Haven Drive
Suite #1
Hoover, AL 35244
(205) 402-7476
(205) 402-7292- fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record as set forth below by U.S. mail, properly addressed, postage prepaid this the 23rd day of January, 2008.

cc:

Hon.T. Dudley Perry, Jr.
Post Office Box 66
Mt. Meigs, AL 36057

Hon. Jimmy D. Jacobs
4137 Carmichael Rd.
Suite 100
Montgomery, AL 36106-3614

Hon. James Wilson
P.O. Box 241345
Montgomery, AL 36124-1345

_____
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, | ) |
| | ) |
| Plaintiff, | ) Case No: 2:07:CV-01-WKW |
| | ) |
| vs. | ) |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES and | ) |
| MICHAEL J. HARDY, | ) |
| | ) |
| Defendants. | ) |

*[handwritten notes: Jimmy Jacobs / James Wilson / Jimmy B. Jacobs / 4137 Carmichael Rd / Suite 100 / Montgomery, AL 36106-3614]*

## SUBPOENA DUCES TECUM

To: John R. Langlow, III, M.D.
2868 Acton Road
Birmingham, AL 35243

**YOU ARE HEREBY REQUIRED** to produce to the Alabama Department of Youth Services, Legal Division, located at 1000 Industrial School Road, Washington Hall, Suite 200, Mt. Meigs, Alabama 36057, the following information:

1. Any and all medical records, including but not limited to, any and all reports, notes, tests, test results, diagnoses, prognoses, office records, clinic records, therapy records, and correspondence pertaining to Tera McMillian, date of birth, 1/12/1973.

2. Any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to Tera McMillian, Date of birth, 1/12/1973.

*[handwritten: James Wilson / P.O. Box 241347 / Montgomery 36124 / 1345]*

You are required to produce to the Legal Division the medical records for Tera McMillian which covers the time frame of 2003 - present. The records are to be produced no later than close of business (4:30 p.m.) on February 1, 2008.

This subpoena is issued pursuant to Federal Rule of Civil Procedure 45 and said subpoena will remain from time to time until discharged according to law.

Done this 17th day of January, 2008.

TROY KING
ATTORNEY GENERAL

T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov