IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, | ) |
| | ) |
| | )   Case No: 2:07:CV-01-WKW |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES and | ) |
| MICHAEL J. HARDY, | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANT'S MOTION FOR ADDITIONAL TIME TO FILE A REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT

COMES NOW the Defendant by and through counsel requests the court for additional time to file a reply to Plaintiff's Response in Opposition to Summary Judgment and as grounds therefore state as follows:

1.   The Plaintiff was deposed by Defendant Alabama Department of Youth Services ("DYS") on January 15, 2008. The Plaintiff was also deposed by Defendant Michael Hardy on January 22, 2008.

2.   Counsel for DYS is awaiting a copy of the transcript from the Plaintiff's Deposition(s) to properly respond to the Plaintiff's Brief in Opposition to Defendant Alabama Department of Youth Services' Motion for Summary Judgment.

3.   The responses that the Plaintiff gave during her deposition(s) will greatly assist counsel for the Defendant in the preparation of a reply to Plaintiff's Brief in Opposition to

Defendant DYS' Motion for Summary Judgment. The responses that the Plaintiff gave at her deposition support DYS' Motion for Summary Judgment and are in contrast to the information alleged in Plaintiff's Opposition to Defendant Alabama Department of Youth Services' Motion for Summary Judgment.

     4.    If this Court grants this motion and the Court grants leave for the Defendant to file A reply to the Plaintiff's Brief, this case will be in a posture for the Court to grant summary judgment against the Plaintiff.

     WHEREFORE the Defendant prays that this Court grants the relief requested therein. Submitted this 25th day of January 2008.

     Respectfully submitted,

TROY KING
ATTORNEY GENERAL
**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January 2008, I electronically filed the foregoing, **MOTION FOR ADDITIONAL TIME TO FILE A REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs
E-mail:jacobslawoffice@charter.net
Attorney At Law
143 Eastern Boulevard
Montgomery, AL 36117
Tel: (334) 215-1788
Fax: (334) 215-1198


James Eldon Wilson, Esq.
4265 Lomac Street
Montgomery, AL 36106
Email: jameseldonwilson@mindspring.com


**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Attorney for the Defendants