IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN  )  | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| ) | |
| v.  ) | |
| ) | CIVIL ACTION NO. 2:07cv001-WKW |
| ALABAMA DEPARTMENT,  ) | |
| OF YOUTH SERVICES, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

## ORDER

Upon careful consideration of Dr. John R. Langlow's "Motion to Quash Subpoena" (Doc. #52), it is

ORDERED both Plaintiff and Defendants shall file a response to the motion (Doc. #52) on or before February 11, 2008.

DONE this 28th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE