IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-001-WKW |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| YOUTH SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on defendant Alabama Department of Youth Services' Motion for Additional Time to File a Reply to Plaintiff's Response in Opposition to Summary Judgment (Doc. # 53), it is ORDERED that the motion is granted. The deadline for the reply brief is CONTINUED to **February 8, 2008.**

DONE this 4th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE