IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **TERA McMILLAN** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No: 2:07-cv-00001-WKW |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **YOUTH SERVICES et al.,** ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

**COME NOW**, Sancha E. Teele, files this appearance as co-counsel on behalf of the Defendant, in the above-styled matter.

DONE this the 6th day of February, 2008.

Respectfully submitted,

s/Sancha E. Teele
Sancha E. Teele
Assistant Attorney General
Bar Number: 0103-H71T
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: 334-215-3803
Fax: (334) 215-3872
E-Mail: sancha.teele@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 6, 2008** that I electronically filed the foregoing Notice of Appearance, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs, LLC
4137 Carmichael Rd, Ste. 100
Montgomery, AL 36106

James Eldon Wilson, Esq..
4265 Lomac Street
Montgomery, AL 36106

                                              s/Sancha E. Teele
                                              Assistant Attorney General
                                              Alabama Department of Youth
                                              Services