IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN )<br>)<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>ALABAMA DEPARTMENT, )<br>OF YOUTH SERVICES, *et al.*, )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 2:07cv001-WKW |

## ORDER

Upon careful consideration of Plaintiff's "Motion for Sanctions, Including Costs, Pursuant to Rule 37 of the Federal Rules of Civil Procedure" (Doc. #50), and Defendants' Response in Opposition to that Motion (Doc. #58), it is

ORDERED the Motion is set for a hearing on February 12, 2008, at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 8th day of February, 2008.

                                                            /s/ Wallace Capel, Jr.
                                                           WALLACE CAPEL, JR.
                                                           UNITED STATES MAGISTRATE JUDGE