IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN )<br>    Plaintiff )<br> ) | |
| v. ) | Civil Action No: 2:07-cv-001-WKW |
| ) | |
| ALABAMA DEPARTMENT OF ) | (JURY DEMAND) |
|   YOUTH SERVICES, et al., ) | |
|     Defendants ) | |

**Response of Plaintiff to the Motion to Quash**

Comes now the Plaintiff, by and through undersigned counsel, and submits this response, pursuant to the Court's Order dated January 28, 2008, to Dr. John R. Langlow's "Motion to Quash Subpoena". (Docs. 52 & 54)  The Plaintiff does not dispute that Dr. Langlow is not a party to this action, but acknowledges that she is a patient of Dr. Langlow.  The Plaintiff agrees that the information requested in the subpoena is subject to legal privilege as set forth by Dr. Langlow in his motion, and moves the Court for a Protective Order relative to the disclosure of any privileged information regarding her psychiatric or psychotherapeutic treatment.

Respectfully submitted this 11th day of February 2008.

                                         /S/ **JIMMY JACOBS**
                                         JIMMY JACOBS (JAC051)
                                         Attorney for Plaintiff
                                         4137 Carmichael Rd, Ste 100
                                         Montgomery, Alabama 36106
                                         (334) 215-1788

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 11$^h$ of February, 2008.

                /s/**Jimmy Jacobs**
                JIMMY JACOBS (JAC051)
                Attorney for Plaintiff

COUNSEL OF RECORD:

T. Dudley Perry, Jr.
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057

James Eldon Wilson, Esquire
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106

2