IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 2:07cv001-WKW |
| ALABAMA DEPARTMENT, ) | |
| OF YOUTH SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon careful consideration of Dr. John R. Langlow's "Motion to Quash Subpoena" (Doc. #52), and the parties' responses in support (Doc. #63) and in opposition (Doc. #64) to that motion, it is

ORDERED the motion (Doc. #52) is DENIED because Plaintiff has placed her psychological well being into issue in this case. Accordingly, Dr. Langlow shall produce the subpoenaed records **under the terms of the Protective Order** (Doc. #22) entered in this case. Defendants shall return the records to the doctor at the conclusion of the litigation.

DONE this 12th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE