IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07cv001-WKW |
| ALABAMA DEPARTMENT, OF YOUTH SERVICES, *et al.*, | ) |
| Defendants. | ) |

**ORDER ON MOTION**

The undersigned conducted a hearing today on Plaintiff's "Motion for Sanctions, Including Costs, Pursuant to Rule 37 of the Federal Rules of Civil Procedure" (Doc. #50). Based on the parties' filings in support and in opposition to the motion as well as the parties' arguments during the hearing, the undersigned finds Plaintiff's motion is without merit. The Court finds Defendants' counsel has complied in every respect with Plaintiff's discovery requests and acted professionally in attempting to resolve discovery disputes out of court. Accordingly, for the reasons stated on the record, it is

ORDERED the Motion (Doc. #50) is DENIED.

DONE this 12th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE