IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **TERA A. McMILLAN** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Civil Action No: 2:07-cv-001-WKW** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | **(JURY DEMAND)** |
|   **YOUTH SERVICES, et al.,** | ) | |
|     **Defendants** | ) | |

**PLAINTIFF'S LIST OF PROSPECTIVE WITNESSES**

The Plaintiff submits the following as prospective witnesses at the trial of this matter:

Will Call

1.  Tera A. McMillian
    c/o Jimmy Jacobs, L.L.C.
    4137 Carmichael Road, Ste 100
    Montgomery, AL 36106
    (334)215-1788

2.  Birdie Montgomery
    c/o Jimmy Jacobs, L.L.C.
    4137 Carmichael Road, Ste 100
    Montgomery, AL 36106
    (334)215-1788

May call:

3.  J. Walter Wood
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

4.  Debra Spann
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057

1

     (334)215-3803

5. Allen Staton
  c/o Counsel for DYS
  1000 Industrial School Road
  Mount Meigs, AL 36057
  (334)215-3803

6. Veronica Harris
  c/o Jimmy Jacobs, L.L.C.
  4137 Carmichael Road, Ste 100
  Montgomery, AL 36106
  (334)215-1788

7. Lisa Alexander
  c/o Jimmy Jacobs, L.L.C.
  4137 Carmichael Road, Ste 100
  Montgomery, AL 36106
  (334)215-1788

8. Rose Harris
  c/o Jimmy Jacobs, L.L.C.
  4137 Carmichael Road, Ste 100
  Montgomery, AL 36106
  (334)215-17888

9. Tometra Thompkins
  Current address unknown
  c/o Jimmy Jacobs, L.L.C.
  4137 Carmichael Road, Ste 100
  Montgomery, AL 36106
  (334)215-1788

9. Erika Judge
  Alabama Department of Youth Services
  c/o Counsel for DYS
  1000 Industrial School Road
  Mount Meigs, AL 36057
  (334)215-3803

10. Bernice Howard
  Current Address Unknown
  c/o Jimmy Jacobs, L.L.C.
  4137 Carmichael Road, Ste 100
  Montgomery, AL 36106
  (334)215-1788

11.     Jemecia Calvin
        c/o Counsel for DYS
        1000 Industrial School Road
        Mount Meigs, AL 36057
        (334)215-3803

12.     Rakeya Givens
        c/o Counsel for DYS
        1000 Industrial School Road
        Mount Meigs, AL 36057
        (334)215-3803

13.     Wendy King
        c/o Counsel for DYS
        1000 Industrial School Road
        Mount Meigs, AL 36057
        (334)215-3803

14.     Kawanna Jones
        c/o Counsel for DYS
        1000 Industrial School Road
        Mount Meigs, AL 36057
        (334)215-3803

15.     Julie Jackson
        c/o Counsel for DYS
        1000 Industrial School Road
        Mount Meigs, AL 36057
        (334)215-3803

16.     Tonie Gray
        c/o Counsel for DYS
        1000 Industrial School Road
        Mount Meigs, AL 36057
        (334)215-3803

17.     Ebonie McCall
        c/o Counsel for DYS
        1000 Industrial School Road
        Mount Meigs, AL 36057
        (334)215-3803

18.     Alison Billups
        c/o Counsel for DYS
        1000 Industrial School Road
        Mount Meigs, AL 36057

    (334)215-3803

19. Lennie Hartzog
   c/o Counsel for DYS
   1000 Industrial School Road
   Mount Meigs, AL 36057
   (334)215-3803

20. Falandria Brundage
   c/o Counsel for DYS
   1000 Industrial School Road
   Mount Meigs, AL 36057
   (334)215-3803

21. Adriana Jones
   c/o Counsel for DYS
   1000 Industrial School Road
   Mount Meigs, AL 36057
   (334)215-3803

22. Rogers Dortch
   c/o Counsel for DYS
   1000 Industrial School Road
   Mount Meigs, AL 36057
   (334)215-3803

23. Victor Black
   c/o Counsel for DYS
   1000 Industrial School Road
   Mount Meigs, AL 36057
   (334)215-3803

24. Tim Davis
   c/o Counsel for DYS
   1000 Industrial School Road
   Mount Meigs, AL 36057
   (334)215-3803

25. Marcia Calendar
   c/o Counsel for DYS
   1000 Industrial School Road
   Mount Meigs, AL 36057
   (334)215-3803

26. Yvette Brown
   Current Address Unknown

  c/o Jimmy Jacobs, L.L.C.
  4137 Carmichael Road, Ste 100
  Montgomery, AL 36106
  (334)215-1788

27. Velvet Davis
  Current Address Unknown
  c/o Jimmy Jacobs, L.L.C.
  4137 Carmichael Road, Ste 100
  Montgomery, AL 36106
  (334)215-1788

  The Plaintiff may also call any person or entity proposed by the defendants as prospective witnesses, as well as any person, representative or entity as necessary for evidentiary foundation and/or rebuttal purposes at the trial of the matter.

  Respectfully submitted this 13th day of February 2008.

        /S/ **JIMMY JACOBS**
        JIMMY JACOBS (JAC051)
        Attorney for Plaintiff
        4137 Carmichael Rd, Ste 100
        Montgomery, Alabama 36106
        (334) 215-1788

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 13h of February, 2008.

        /s/**Jimmy Jacobs**
        JIMMY JACOBS (JAC051)
        Attorney for Plaintiff

COUNSEL OF RECORD:

T. Dudley Perry, Jr.
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057

James Eldon Wilson, Esquire
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106