IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA A. McMILLAN<br>    Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No: 2:07-cv-00001-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF<br>  YOUTH SERVICES, et al.,<br>    Defendants | )<br>)<br>) | (JURY DEMAND) |

**Plaintiff's List of Proposed Trial Exhibits**

Comes now the Plaintiff, by and through undersigned counsel, and submits this list of proposed exhibits in this matter.

Exhibit

| | |
|---|---|
| 1 | McMillian appointment letter dated October 22, 2002 |
| 2 | Notes of Investigative Findings by Debra Spann dated June 14, 2005 |
| 3 | Spann Meeting Notes |
| 4 | EEOC Charge of Discrimination, 7/12/05 |
| 5 | Memorandum from Debra Spann, DYS Personnel Manager, to J. Walter Wood Jr., dated July 19, 2005. |
| 6 | Memorandum from Tim Davis, Deputy Director to J. Walter Wood, November 3, 2005. |
| 7 | Letter from J. Walter Wood to Michael Hardy, November 4, 2005 |
| 8 | November 15, 2005 Hearing Transcript |
| 9 | Marcia Calendar Memo to J. Walter Wood, 12/8/05 |
| 10 | Letter from J. Walter Wood Jr. to Michael Hardy, January 6, 2006. |
| 11 | Statement of Facts for State Personnel Hearing |
| 12 | Administrative Law Judge Recommended Order dated August 1, 2007. |

1

| | |
|---|---|
| 13 | Hardy Retaliation Documents. 6/21/05; 7/14/05 |
| 14 | EEOC Charge, 12/11/05 |
| 15 | EEOC Dismissal and Notice of Rights |
| 16 | Staton Interview of McMillian, Feb 16, 2006 |
| 17 | Staton Report re: EEOC Charge, 3/31/06 |
| 18 | Staton Interview of McMillian, December 1, 2006 |
| 19 | Staton Investigative Summary, 02/27/2007 |
| 20 | Rosters of employees attending training 2005-2007 |
| 21 | Internal Memos/Reports at ITU re: McMillian |
| 22 | Transcription of Sylvesta Lee's tape recordings |
| 23 | Table of ITU Employee Sign In/Out Times, March-April 2006 with supporting Time & Attendance Reports |
| 24 | Security Gate Log of employees entering and leaving |
| 25 | Daily Time & Attendance Report 06/11/05-02/17/06 |
| 26 | McMillian Performance Evaluations, 2002-2007 |
| 27 | Lee's Letter to McMillian, December 6, 2005 |
| 28 | Lee's Contact with Staff memo Jan 20, 2006 re: Insubordination |
| 29 | Lee's Memo re: Mandatory A Training 2006 |
| 30 | Hardy Memo re: Sex Discrimination, 1/18/00 |
| 31 | Defendant's Response to Requests for Admissions |

Additionally, the plaintiff may utilize and offer into evidence any materials necessary for evidentiary foundation or rebuttal purposes and/or any materials designated by the defendant as potential exhibits in the trial of this matter.

Respectfully submitted this 13th day of February 2008.

                                                /S/ **JIMMY JACOBS**
                                                JIMMY JACOBS (JAC051)
                                                Attorney for Plaintiff
                                                4137 Carmichael Rd, Ste 100
                                                Montgomery, Alabama 36106
                                                (334) 215-1788

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 13$^h$ of February, 2008.

                          /s/**Jimmy Jacobs**
                          JIMMY JACOBS (JAC051)
                          Attorney for Plaintiff

COUNSEL OF RECORD:

T. Dudley Perry, Jr.
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057

James Eldon Wilson, Esquire
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106