IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

TERA McMILLAN                                   )
                                                )
        Plaintiff,                              )       Civil Action No. 2:07-cv-00001-WKW
                                                )
ALABAMA DEPARTMENT OF                           )
YOUTH SERVICES, et al                           )
                                                )
        Defendant.                              )

## DEFENDANT ALABAMA DEPARTMENT OF YOUTH SERVICES WITNESS LIST

1.      Witnesses who are expected to be presented.

        a..     Tera A. McMillan - Plaintiff
                Alabama Department of Youth Services
                P. O. Box 66
                Mt. Meigs, AL 36057
                334 -286-3823

        b.      *Michael Hardy - Defendant
                29000 Marti Lane
                Montgomery, AL 36116
                286-3650

        c.      Debra Spann
                Alabama Department of Youth Services
                P. O. Box 66
                Mt. Meigs, AL 36057
                334-215-3813

        d.      *Birdie Lee Montgomery
                312 Adler Drive
                Montgomery, AL 36116
                334-286-3823

        e.      Veronica Harris
                Alabama Department of Youth Services
                P. O. Box 66

         Mt. Meigs, AL 36057
         334-215-6091

f.        Alan Staton
         Alabama Department of Youth Services
         P. O. Box 66
         Mt. Meigs, AL 36057
         334-215-3806

g.       Sylvesta Lee
         Alabama Department of Youth Services
         P. O. Box 66
         Mt. Meigs, AL 36057
         334-215-6049

h.       Roger Dortch
         Department of Youth Services
         Paige Hall
         P. O. Box 66
         Mt. Meigs, AL 36057
         334-215-6090

i.        Eugene Smith
         Department of Youth Services
         D & E - A
         P. O. Box 66
         Mt. Meigs, AL 36057
         334-215-6158/6029

j.        Arthur Harvest
         Department of Youth Services
         Paige Hall
         Mt. Meigs, AL 36057
         334-215-6090

k.       Rushin  Farley               Rushin Farley
         733 Sunhill Road, NW     Alabama Department of Youth Services
         Birmingham, AL 36215     Vacca Campus
                                     8950 Roebuck Road
                                     Birmingham, AL 35206
                                     205-383-4920

2.    Witnesses who may be called if need arises.

    a.    Tim Davis
        Alabama Department of Youth Services
        P. O. Box 66
        Mt. Meigs, AL 36057
        334-215-3807

    b.    Marcia Calendar
        Alabama Department of Youth Services
        P. O. Box 66
        Mt. Meigs, AL 36057
        334-215-3804

    c.    Wayne Booker
        Alabama Department of Youth Services
        P. O. Box 66
        Mt. Meigs, AL 36057
        334-215-3807

    d.    Janice Coles-Lewis
        Alabama Department of Youth Services
        P. O. Box 66
        Mt. Meigs, AL 36057
        334-215-3831

    e.    Elijah Hood
        Alabama Department of Youth Services
        Attn: ITU
        P. O. Box 66
        Mt. Meigs, AL 36057
        334-215-6083

    f..    Jacob Hammond
        Alabama Department of Youth Services
        Attn: ITU
        P. O. Box 66
        Mt. Meigs, AL 36057
        334-215-6083

    g.    *Phyllis Rankins
        24 Arlington Road
        Montgomery, AL 36105

334-262-1885

h.    Gregory Webster
      Alabama Department of Youth Services
      Attn: ITU
      P. O. Box 66
      Mt. Meigs, AL 36057
      334-215-6083

\* Indicates that the individual is not an employee of the Alabama Department of Youth Services.

3.    Any and all witnesses on the Plaintiff's and Defendant Hardy's witness list.

      Respectfully submitted this 13th day of February 2008,

                              **s/ T. Dudley Perry Jr.**
                              T. Dudley Perry, Jr.
                              Bar Number: 3985-R67T
                              General Counsel
                              Attorney for the Defendant
                              Alabama Department of Youth Services
                              Post Office Box 66
                              Mt. Meigs, AL 36057
                              Telephone: (334) 215-3803
                              Fax: (334) 215-3872
                              E-Mail: dudley.perry@dys.alabama.gov

                              **s/Sancha E. Teele**
                              Sancha E. Teele
                              Assistant Attorney General
                              Bar Number: 0103-H71T
                              Attorney for the Defendant
                              Alabama Department of Youth Services
                              Post Office Box 66
                              Mt. Meigs, AL 36057
                              Telephone: 334-215-3803
                              Fax: (334) 215-3872
                              E-Mail: sancha.teele@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 13ᵗʰ day of February, 2008, I electronically filed the foregoing,

**DEFENDANT ALABAMA DEPARTMENT OF YOUTH SERVICES WITNESS LIST**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

Jimmy Jacobs
E-mail:jacobslawoffice@charter.net
Attorney At Law
143 Eastern Boulevard
Montgomery, AL 36117
Tel: (334) 215-1788
Fax: (334) 215-1198

James Eldon Wilson
Attorney at Law
4625 Lomac Street
Montgomery, AL 36106

**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Attorney for the Defendants