IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

TERA McMILLAN            )
                         )
    Plaintiff,           )    Civil Action No. 2:07-cv-00001-WKW
                         )
ALABAMA DEPARTMENT OF    )
YOUTH SERVICES, et al    )
                         )
    Defendant.           )

**DEFENDANT ALABAMA DEPARTMENT OF YOUTH SERVICES EXHIBIT LIST**

1.    Witnesses who are expected to be presented.

    a..    Tera A. McMillan's personnel file.

    b.    Michael Hardy's personnel file.

    c.    Tera McMillian's January 15, 2008 continued to January 22, 2008 deposition

    d.    Debra Spann's January 10, 2008 deposition.

    e.    Alabama Department of Youth Services policy number 4.2, subject: Training for New Employees.

    f.    T.Dudley Perry, Jr's, August 11, 2006 Employee's Brief of Evidence to Administrative Law Judge Julia Weller.

    g.    Administrative Law Judge Julia Weller's August 1, 2007 Recommended Order to the State Personnel Board on the Michael Hardy State Personnel Case

    h.    October 17, 2008 Order of the Personnel Board of the State of Alabama in the matter of Michael Hardy.

    i.    Plaintiff's Charge of Discrimination - EEOC 130-2006-01336.

    j.    Special Investigator Alan Staton's investigation of Plaintiff's allegations of alleged discrimination based on sex and retaliation (EEOC 130-2006-01336). Enclosed in the investigation besides Ms. McMillian's Personnel Documentation

        are statements by Hammond; Hood; Webster; Harris; Rankins; and Lee. Also in closed are copies of work schedules, leave request relating to Ms. McMillian.

k.      January 6, 2006 letter from J. Walter Wood, Jr. To Michael Hardy indicating that based on the evidenced from the November 10, 2005 fact finding hearing that he was dismissed from the Department effective at the close of business January 6, 2006.

l.      Quality Assurance Mandatory Training/Signin list:
Topics: Communication Skills, Report Writing, Sexual Harassment, Interpersonal Relations.

m.      Documentation provided to Plaintiff's attorney on her behalf. Bates number 0002-5958. (See attached- Exhibit 1)  Excluding 5647-5659.

.

2.      Any and all exhibits on the Plaintiff's and Defendant Hardy's exhibit list.

Respectfully submitted this 13th day of February 2008,

                **s/ T. Dudley Perry Jr.**
                T. Dudley Perry, Jr.
                Bar Number: 3985-R67T
                General Counsel
                Attorney for the Defendant
                Alabama Department of Youth Services
                Post Office Box 66
                Mt. Meigs, AL 36057
                Telephone: (334) 215-3803
                Fax: (334) 215-3872
                E-Mail: dudley.perry@dys.alabama.gov

                **s/Sancha E. Teele**
                Sancha E. Teele
                Assistant Attorney General
                Bar Number: 0103-H71T
                Attorney for the Defendant
                Alabama Department of Youth Services
                Post Office Box 66
                Mt. Meigs, AL 36057
                Telephone: 334-215-3803

Fax: (334) 215-3872
E-Mail: sancha.teele@dys.alabama.gov

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2008, I electronically filed the foregoing, **DEFENDANT ALABAMA DEPARTMENT OF YOUTH SERVICES EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs
E-mail:jacobslawoffice@charter.net
Attorney At Law
143 Eastern Boulevard
Montgomery, AL 36117
Tel: (334) 215-1788
Fax: (334) 215-1198

James Eldon Wilson
Attorney at Law
4625 Lomac Street
Montgomery, AL 36106

**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Attorney for the Defendants

# McMillan v. DYS Documents Provided to Plaintiff

# Exhibit 1

# McMillian v. DYS Production Request List

| Bates Number | Subject | Request for Producti |
|---|---|---|
| 000002-000034 | Dismissal Appeal & ALJ Recommended Order | 15 |
| 000035-000111 | Leave Report | 29 |
| 000112-000157 | Rosters of employees attending training 2005-2007 | 31 |
| 000158-000166 | Employee Address Infromation (none for Lisa May) | 34 |
| 000167-000173 | Employee Leave Balance (McMillian) | 35 |
| 000176-000183 | EEOC Charges (Both) and Dismissal and Notice of Rights | 22 |
| 000184-000186 | Lee's letter of Waring, December 6, 2005 re:Failure to attend | 22 |
| 000187-000220 | Staton Interview of McMillian, December 1, 2006 (Retaliation) | 22 |
| 000237-000242 | McMillian's Personnel File | 22 |
| 000243-000333 | Hardy's Administrative Hearing, November 15, 2005 | 22 |
| 000334-000510 | Hardy's Personnel File | 22 |
| 000511-000521 | Hardy and McMillian Leave Request Forms (DYS 24) | 30 |
| 000522-000527 | EEOC Charge (Retaliation) | 22 |
| 000528-000635 | Staton Interview of McMillian, Feb 16, 2006 (Sex Harassment) | 22 |
| 000636-000640 | Staton Interview of Hammond, March 24, 2006 | 22 |
| 000641-000644 | Staton Interview of Elijah Hood, March 15, 2006 | 22 |
| 000645-000654 | Staton Interview of Gregory Webster, March 14, 2006 | 22 |
| 000655-000673 | Staton Interview of Veronica Harris, March 8, 2006 | 22 |
| 000674-000687 | Staton Interview of Phyllis Rankins, March 10, 2006 | 22 |
| 000688-000700 | Staton Interview of Sylvesta Lee, March 9, 2006 | 22 |
| 000702-000703 | Leave Reports (DYS 21 ITU) | 29 |
| 000712-000713 | McMillian Leave Request Forms (DYS Form 24) Dec 05, Jan 06 | 30 |
| 714 | Rankins' Letter to McMillian re: Concerns about employee Appraisal | 22 |
| 715-723 | McMillian's Performance Preappraisals and Appraisals 03/01/05-03/01/07 | 22 |
| 722 | Lee's Letter of Warning, December 6, 2005 | 22 |
| 723 | McMillian's Performance Appraisal 03/01/04-03/01/05 | 22 |
| 724-729 | Memos For Record from Lee, Hammond, Whitted and Washington re: Contact with McMillian | 22 |
| 730 | Lee's Contact with Staff memo Jan 20, 2006 re: Insubordination | 22 |

| Bates | Description | Ex. |
|---|---|---|
| 731 | Lee's Contact with Staff memo Nov 29, 2005 re: Failure to Attend | 22 |
| 732 | Lee's Memo re: Mandatory A Training 2006 | 22 |
| 733 | McMillian's Memo for Record re: Dispute Performance Eval | 22 |
| 734-735 | McMillians Performance Preappraisal (partial) 3/1/05-3/1/06 | 22 |
| 736-737 | Subpoenas to appear at ALJ Hearing | 22 |
| 738-740 | McMillian's training certificates and one pay raise notice | 22 |
| 741 | McMillian's Performance Appraisal (partial) 03/01/06-03/01/07 | 22 |
| 742 | Rankin's Memo to Spann re: McMillian's refusal to sign Appraisal | 22 |
| 743 | Lee's Letter of Warning, December 6, 2005 re: Failure to attend training and staff meeting | 22 |
| 744 | Performance Appraisal (partial) 03/01/06-03/01/06 | 22 |
| 745-761 | Misc Forms from McMillian's personnel file; m most duplicative | 22 |
| 762-775 | McMillian's Performance Preappraisals and Appraisals 10/21/02-03/01/07 | 22 |
| 776-783 | EEOC Charges (Both) and Dismissal and Notice of Rights | 22 |
| 784-785 | Subpoenas to appear at ALJ Hearing | 22 |
| 786-848 | Security Affidavit Count for 3/4/06 and 3/5/06 | 25 |
| 849-920 | Daily Time & Attendance Report ITU  7/01/06-09/15/06 | 26 |
| 921-935 | Daily Time & Attendance Report ITU  06/16/06-06/30/06 | 26 |
| 935-950 | Daily Time & Attendance Report ITU  06/01/06-06/15/06 | 26 |
| 951 | Daily Time & Attendance Report ITU  5/16/2006 | 26 |
| 952-966 | Daily Time & Attendance Report ITU  05/17/06-05/31/06 | 26 |
| 967-1011 | Daily Time & Attendance Report ITU  04/16/06-05/15/06 | 26 |
| 1012-1023 | Daily Time & Attendance Report ITU  04/01/06-04/15/06 | 26 |
| 1024-1051 | Daily Time & Attendance Report ITU  03/18/06-03/31/06 | 26 |
| 1052-1065 | Daily Time & Attendance Report ITU  03/04/06-03/17/06 | 26 |
| 1066-1076 | Daily Time & Attendance Report ITU  02/18/06-02/28/06 | 26 |
| 1077-1080 | Daily Time & Attendance Report ITU  03/01/06-03/03/06 | 26 |
| 1081-1108 | Daily Time & Attendance Report ITU  02/28/06-03/03/06 | 26 |
| 1095-1105 | Daily Time & Attendance Report ITU  02/18/06-02/28/06 | 26 |
| 1109-1138 | Daily Time & Attendance Report ITU  04/01/06-04/30/06 | 26 |
| 1139-1168 | Daily Time & Attendance Report ITU  05/01/06-05/15/06 | 26 |
| 1169-1183 | Daily Time & Attendance Report ITU  05/01/06-05/15/06 | 26 |
| 1184-1198 | Daily Time & Attendance Report ITU  05/16/06-06/15/06 | 26 |
| 1199-1227 | Daily Time & Attendance Report ITU  05/16/06-06/15/06 | 26 |
| 1228-1242 | Daily Time & Attendance Report ITU  06/01/06-06/15/06 | 26 |

| Bates Range | Description | Date | Box |
|---|---|---|---|
| 1243-1257 | Daily Time & Attendance Report ITU | 06/16/06-06/30/06 | 26 |
| 1258-1272 | Daily Time & Attendance Report ITU | 06/16/06-06/30/06 | 26 |
| 1273-1298 | Daily Time & Attendance Report ITU | 07/01/06-07/30/06 | 26 |
| 1299-1326 | Daily Time & Attendance Report ITU | 07/01/06-08/01/06 | 26 |
| 1325-1386 | Daily Time & Attendance Report ITU | 08/01/06-09/30/06 | 26 |
| 1387-1397 | Security Gate Log of employees entering and leaving | 6/20/2006 | 25 |
| 1398-1409 | Security Gate Log of employees entering and leaving | 6/21/2006 | 25 |
| 1410-1419 | Security Gate Log of employees entering and leaving | 6/19/2006 | 25 |
| 1420-1431 | Security Gate Log of employees entering and leaving | 6/18/2006 | 25 |
| 1432-1442 | Security Gate Log of employees entering and leaving | 6/16/2006 | 25 |
| 1443-1454 | Security Gate Log of employees entering and leaving | 6/17/2006 | |
| 1455-1466 | Security Gate Log of employees entering and leaving | 6/15/2006 | |
| 1467-1480 | Security Gate Log of employees entering and leaving | 6/14/2006 | |
| 1481-1492 | Security Gate Log of employees entering and leaving | 6/13/2006 | |
| 1493-1504 | Security Gate Log of employees entering and leaving | 6/9/2006 | |
| 1505-1516 | Security Gate Log of employees entering and leaving | 6/10/2006 | |
| 1517-1528 | Security Gate Log of employees entering and leaving | 6/11/2006 | |
| 1529-1538 | Security Gate Log of employees entering and leaving | 6/12/2006 | |
| 1539-1548 | Security Gate Log of employees entering and leaving | 6/7/2006 | |
| 1549-1560 | Security Gate Log of employees entering and leaving | 6/8/2006 | |
| 1561-1572 | Security Gate Log of employees entering and leaving | 6/4/2006 | |
| 1573-1584 | Security Gate Log of employees entering and leaving | 6/2/2006 | |
| 1585-1596 | Security Gate Log of employees entering and leaving | 6/5/2006 | |
| 1597-1608 | Security Gate Log of employees entering and leaving | 6/6/2006 | |
| 1609-1610 | Security Gate Log of employees entering and leaving | 6/7/2006 | |
| 1611-1622 | Security Gate Log of employees entering and leaving | 6/1/2006 | |
| 1623-1634 | Security Gate Log of employees entering and leaving | 6/2/2006 | |
| 1635-1646 | Security Gate Log of employees entering and leaving | 5/15/2006 | |
| 1647-1657 | Security Gate Log of employees entering and leaving | 5/11/2006 | |
| 1658-1669 | Security Gate Log of employees entering and leaving | 5/10/2006 | |
| 1670-1681 | Security Gate Log of employees entering and leaving | 5/9/2006 | |
| 1682-1704 | Security Gate Log of employees entering and leaving | 5/82006 | |
| 1694-1705 | Security Gate Log of employees entering and leaving | 5/7/2006 | |
| 1706-1717 | Security Gate Log of employees entering and leaving | 5/6/2006 | |
| 1718-1729 | Security Gate Log of employees entering and leaving | 5/5/2006 | |
| 1730-1741 | Security Gate Log of employees entering and leaving | 5/3/2006 | |

| Bates | Description | Date |
|---|---|---|
| 1742-1753 | Security Gate Log of employees entering and leaving | 5/2/2006 |
| 1754-1765 | Security Gate Log of employees entering and leaving | 5/2/2006 |
| 1766-1777 | Security Gate Log of employees entering and leaving | 5/1/2006 |
| 1778-1789 | Security Gate Log of employees entering and leaving | 6/22/2006 |
| 1790-1801 | Security Gate Log of employees entering and leaving | 11/11/2005 |
| 1802-1813 | Security Gate Log of employees entering and leaving | 11/29/2005 |
| 1814-1849 | Training material re: Student Self-Harm 04/26/07 | |
| 1850-2136 | Training schedules and sign in sheets | |
| 1959-1999 | ITU Leave Request Forms (DYS Form 24) Aug-Nov 2005 | |
| 2158-2816 | Security Gate Log of employees entering and leaving 3/01/06-04/29/06, 11/16/18/05 | |
| 2158-2816 | Security Gate Log of employees entering and leaving 03/01/06-04/29/06, 11/16- | |
| 2820 | Leave Reports (DYS 21) ITU and Mt. Meigs | |
| 2827-3406 | Leave Reports (DYS 21) ITU and Mt. Meigs | |
| 3407-3439 | Policy & Procedure Training | |
| 3440-3465 | DYS Form 24 Leave request forms | |
| 3465-3569 | Mr. Lee personnel file on Tera McMillan | |
| 3570-3597 | Recording of Mr. Lee & Ms. McMillan | |
| 3598-4112 | Daily time & Attendance Sheets | |
| 4113 | (motion to compel production sheets) | |
| | Ms. Spann's material | |
| | Special investigator's investigation EEOC 130-2006-01336 | |
| | Ms. Spann's memo 4555 | |
| | Marcia Calendar fact finding | |
| | Marcia letter to Wood dated December 8, 2005 | |

| Range | Single | Description |
|---|---|---|
| 4114-4567 | | Motion to compel responses |
| 4568-4661 | | Introduction of Agency's Exhibit |
| 4662-4761 | | Exhibit 1 McMillan's Charge of Discrimination |
| 4762-4965 | | Exhibit 2 Memo from Hardy to Spann filing grievance against McMillian |
| | 4966 | Exhibit 3 Transcription of Feb 16 2006 statement of McMillian |
| 4967-4969 | | Exhibit 4 Transcription of taped interview of Michael Hardy taken by Spann |
| 4970-4974 | | Exhibit 5 Transcription of Administrative Hearing for Employee w/exhibits |
| 4975-4977 | | Documents from the Michael Hardy Personnel case file |
| 4978-4981 | | Investigator File dated March 31 |
| 4982-4993 | | statement of the Fact - Termination Appeal Hearing Michael Hardy |
| 4994-5000 | | EEOC - Rose Harris |
| 5001-5005 | | EEOC - Evelyn C. Huffman |
| 5006-5011 | | EEOC - Thomas Thaggard |
| 5012-5014 | | EEOC - Thomas Watson |
| 5015-5019 | | EEOC - Thomas Thaggard |
| 5020-5024 | | EEOC-Ruby Carr |
| 5025-5027 | | EEOC-Willie Stallworth |
| | 5028 | EEOC Ted Mitchell |
| 5029-5032 | | EEOC Randy Belyeu |
| | 5033 | EEOC - Carlo Sametine |
| | 5034 | EEOC – Ruby Carr |
| 5035-5037 | | EEOC-Julia Jackson |
| 5038-5040 | | Wendy King-Purpose of Written Statement |
| | 5041 | Incident Reports by Wendy King |
| 5042-5043 | | Memo to Joyce Delbridge from Adriana Jones s - Personnel Complaint |
| | 5044 | Memo to Arthur Tigner from Joyce Delbridge RE Adriana Jones |
| | 5045 | Ltr from Erika Judge "To whom it may concern m" Personnel Complaint |
| | 5046 | Memo to Donald Lewis RE Sexual Harrasment from Kawanna Jones |
| | 5047 | Email from Catherina Spillers |
| | 5048 | Ltr from Rakeya Givens RE: Officer Brown |
| 5049-5050 | | Memo - Mr. Wilbank from Angie Toney |
| | | Memo to Angie Toney From A. Alexander (Response to Complaint) |
| | | Emails concerning work environment concerns - Jemecia Calvin |
| | | Email to Yolanda Byrdsong and David Sandefer RE: Work Environment Concerns (Mr Alexander) |
| | | Handwritten letter RE Mr. Wilbanks. |
| | | Email regard complaint from Ms. Rankins |

| Bates | Description |
|---|---|
| 5051 | Letter to Debra Spann from Ebonie McCall (grievance of S.H) |
| 5052-5059 | Rose Harris transcription by Specail Investigator |
| 5060 | Hardy's exceptions to report of Admin Law Judge Weller |
| 5061-5064 | Reply to Dept. response to employee Motion for Protection and Show Cause (Michael Hardy) dismissal a |
| 5065-5066 | Micheal Hardy response to Motion for protection of witness and show cause why subpeona should not be |
| 5067 | Michael Hardy request to change of date |
| 5068 | Motion for Protection of Witness and Show Cause as to Why Subpoena Should be issued. |
| 5069-5070 | Employee's response to DYS response to employee objection to Department Exhibit 4 |
| 5071-5075 | Alabama Department of Youth Services' Motion in Limine and Motion to Excuse Certain Witness (Michae |
| 5076-5080 | Ruby Carr Complaint - 2:07cv-532-MHT |
| 5081-5088 | Thomas Thaggard Complaint - 2:07-cv-483-ID |
| 5089-5095 | Thomas Thaggard Complaint - 04-m-200-N |
| 5096-5115 | Collette Fikes Complaint - |
| 5116-5129 | Sherry Richards Complaint - 2:04-cv-1007-B |
| 5130-5132 | Daniel Lambert Complaint - 02-PWG-2801-S |
| 5133-5149 | Hardy's Exceptions to Report of Administrative Law Judge Julia Weller |
| 5150-5549 | Various time and attendance reports |
| 5550-5646 | March 23, 2006 deposition of Veronica Harris |
| 5699-5958 | Various portions of individual's personnel files |