IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERA A. MCMILLAN,         )
    Plaintiff,            )
v.                        ) CASE NO. 2:07-CV-01-WKW
                          )
ALABAMA DEPARTMENT OF YOUTH )
SERVICES and              )
MICHAEL J. HARDY,         )
                          )
    Defendants.           )

## DEFENDANT MICHAEL J. HARDY'S DEPOSITION/TRANSCRIPT DESIGNATIONS

COMES NOW DEFENDANT, Michael J. Hardy, and in accordance with the Court's Scheduling Order , files his List of Deposition and Transcript Designations, to wit:

1. Transcript of Disciplinary Hearing in Re: Michael Hardy before Hon. Marcia Calender, Hearing Officer, Mt. Meigs Campus DYS, Mt. Meigs, Alabama, November 15, 2005.

2. Deposition of Tera McMillian taken March 23, 2006.

3. Deposition of Veronica Harris taken March 23, 2006.

4. Deposition of Birdie Lee Montgomery taken April 18, 2006.

5. Deposition of Debra Spann taken April 18, 2006.

6. Deposition of Derrick Bolling taken April 18, 2006.

7. Deposition of Vanessa Hall taken April 18, 2006.

8. Deposition of Sylvesta Lee taken April 18, 2006.

9. Deposition of Reginald Boswell taken April 25, 2006.

1

10. Deposition of Elijah Hood taken April 25, 2006.

11. Deposition of Debra Spann taken January 10, 2008.

12. Deposition of Tera McMillian taken January 15 and January 22, 2008.

13. Any deposition taken by DYS Investigator in the matter of Michael Hardy and Tera McMillian.

14. Transcript of the State of Alabama Department of Personnel Hearing regarding Michael Hardy taken on May 8 and June 10, 2006 January.

15. Any other deposition or transcript of testimony designated or used by Defendant DYS.

16. Any other deposition or transcript of testimony designated or used by Plaintiff.

Respectfully submitted, this the 13th day of February, 2008.

s/ JAMES ELDON WILSON
James Eldon Wilson (WIL079)
Deputy Attorney General

OF COUNSEL:
James Eldon Wilson, Esquire
4265 Lomac Street
Montgomery, AL 36106
(334) 409-2003; FAX (334) 409-2009
email:jameseldonwilson@mindspring.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2008, I electronically filed the foregoing Trial Deposition/Transcript Designation List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

2

**Jimmy Jacobs, Esq.**
**Attorney for the Plaintiff**
**4137 Carmichael Rd, Ste 100**
**Montgomery, AL 361o6**

**T. Dudley Perry, Jr.**
**Deputy Attorney General**
**Attorney for the Defendants**
**Alabama Department of Youth Services**
**P.O. Box 66**
**Mt. Meigs, AL 36057**

                **s/JAMES ELDON WILSON**
                **Of Counsel**