IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERA A. McMILLAN,         )
                                 )
        Plaintiff,        )
                                 )
        v.            )      CASE NO. 2:07-cv-001-WKW
                                 )
ALABAMA DEPARTMENT OF     )
YOUTH SERVICES, *et al.*,     )
                                 )
        Defendants.     )

## ORDER

It is ORDERED that the trial in this matter is CONTINUED from the civil trial term commencing March 24, 2008, to the Montgomery jury civil trial term commencing on **July 28, 2008.**

It is further ORDERED that the pretrial conference is CONTINUED from February 20, 2008, to **June 23, 2008.**  Furthermore, the deadlines referenced in Sections 9, 10, and 11 of the Uniform Scheduling Order (Doc. # 15) are EXTENDED from February 13, 2008, to **June 19, 2008**.

DONE this 14th day of February, 2008.

                       /s/  W.  Keith Watkins
                   UNITED STATES DISTRICT JUDGE