**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERA A. McMILLAN,** | ) | |
| | ) | |
| | ) | **Case No: 2:07:CV-01-WKW** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **YOUTH SERVICES and** | ) | |
| **MICHAEL J. HARDY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO COMPEL PLAINTIFF'S MEDICAL RECORDS OR ALTERNATIVELY**
**MOTION FOR CONTEMPT**

The Alabama Department of Youth Services (the "Agency") requests an order compelling the medical records of Tera McMillan from Bobby J. Dunn, MSW and Lucy Moody of Mead Haven or in the alternative the Agency seeks contempt sanctions against Bobby J. Dunn, MSW and Lucy Moody for failure to respond to a subpoena under Federal Rule of Civil Procedure 45. In support whereof, the undersigned submits the following:

1. The plaintiff has placed her medical and/or psychological well being at issue in this case.

2. The Agency served subpoenas to the above listed medical personnel and/or designee(s) on January 23, 2008 pursuant to Federal Rule of Civil Procedure 45. Please see the attached proof of service and subpoenas. (Exhibit 1).

3. The time period for the medical personnel to file a written objection(s) to the subpoena(s) under Federal Rule of Civil Procedure 45( c) has expired.

1

4. The medical personnel will not release the medical records of the plaintiff unless the plaintiff consents or unless the court compels the medical personnel to produce the records.

5. Counsel for the Agency mailed a letter and a consent form to the plaintiff's attorney requesting the plaintiff's consent for the Agency to obtain plaintiff's medical records. As of this date the Agency has not received a response from the plaintiff's attorney. (Exhibit 2).

6. As of this date, the Agency has not received a copy of the plaintiff's medical records from the above-mentioned medical personnel.

7. Federal Rule of Civil Procedure 45(e) permits this Court to hold a person in contempt, who has been served with a subpoena, but has failed to obey the subpoena without adequate excuse.

WHEREFORE, the Department of Youth Services requests an order compelling the medical records of Tera McMillan from; Bobby J. Dunn, MSW and Lucy Moody of Mead Haven or in the alternative the Department of Youth Services seeks contempt sanctions for the failure of the medical personnel to obey the subpoena.

Respectfully submitted this 15th day of February 2008.

**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

2

**s/Sancha E. Teele**
Sancha E. Teele
Assistant Attorney General
Bar Number: 0103-H71T
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: 334-215-3803
Fax: (334) 215-3872
E-Mail: sancha.teele@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2008, I electronically filed the foregoing, MOTION TO COMPEL PLAINTIFF'S MEDICAL RECORDS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs                    James Eldon Wilson
E-mail:jacobslawoffice@charter.net    Attorney at Law
Attorney At Law                 4625 Lomac Street
143 Eastern Boulevard           Montgomery, AL 36106
Montgomery, AL 36117
Tel: (334) 215-1788
Fax: (334) 215-1198

I hereby certify that on the 15th day of February, 2008, I mailed the foregoing MOTION TO COMPEL PLAINTIFF'S MEDICAL RECORDS by U.S. Mail to the following:

Bobby J. Dunn, MSW
1718 West 2nd Street
Montgomery, AL 36106

Lucy Moody
Meadhaven
2105 East South Boulevard
Montgomery, AL 36116

**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T

3

General Counsel
Alabama Department of Youth Services
Attorney for the Defendants
143 Eastern Boulevard
Montgomery, AL 36117
Tel: (334) 215-1788
Fax: (334) 215-1198


**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Attorney for the Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERA A. McMILLAN,                )
                                 )
                                 )       Case No: 2:07:CV-01-WKW
        Plaintiff,               )
                                 )
vs.                              )
                                 )
ALABAMA DEPARTMENT OF            )
YOUTH SERVICES and               )
MICHAEL J. HARDY,                )
                                 )
        Defendants.              )

## SUBPOENA DUCES TECUM

To:    Bobby J. Dunn, MSW
       1718 West 2nd Street
       Montgomery, AL 36106

**YOU ARE HEREBY REQUIRED** to produce to the Alabama Department of Youth

Services, Legal Division, located at 1000 Industrial School Road, Washington Hall, Suite 200,

Mt. Meigs, Alabama 36057, the following information:

     1.    Any and all medical records, including but not limited to, any and all reports, notes,

tests, test results, diagnoses, prognoses, office records, clinic records, therapy records, and

correspondence pertaining to Tera McMillian, date of birth, 1/12/1973.

     2.    Any other such record in the possession, custody or control of the said witness, and

every such record to which the witness may have access, pertaining to Tera McMillian, Date of

birth, 1/12/1973.

EXHIBIT

1

You are required to produce to the Legal Division the medical records for Tera McMillian which covers the time frame of 2003 - present. The records are to be produced no later than close of business (4:30 p.m.) on February 1, 2008.

This subpoena is issued pursuant to Federal Rule of Civil Procedure 45 and said subpoena will remain from time to time until discharged according to law.

Done this 17th day of January, 2008.

TROY KING
ATTORNEY GENERAL

T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

# NOTICE OF LEGAL SERVICE

**I CERTIFY THAT I HAVE PERSONALLY RECEIVED THE BELOW DESCRIBED
LEGAL DOCUMENT.**

**Subpoena Duces Tecum**                    **Case No. 2:07:CV-01-WKW**

**Tera A. McMillan v. Alabama Department of Youth Services and Michael J. Hardy**

**TO:**    Bobby J. Dunn, MSW
1718 West 2nd Street
Montgomery, AL 36106

_1/23/08_                    _signature_
**DATE**                    **SIGNATURE OF PERSON SERVED**

**I CERTIFY THAT I PERSONALLY SERVED A COPY OF THE ABOVE
DESCRIBED LEGAL DOCUMENTS TO:**

_B. J. Dunn._
**NAME OF PERSON SERVED**

_1/23/08_                    _signature_
**DATE**                    **ALAN STATON, SPECAIL INVESTIGATOR**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA A. McMILLAN, | ) | |
| | ) | |
| | ) | Case No: 2:07:CV-01-WKW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES and | ) | |
| MICHAEL J. HARDY, | ) | |
| | ) | |
| Defendants. | ) | |

### SUBPOENA DUCES TECUM

To:    Lucy Moody
       Meadhaven
       2105 East South Boulevard
       Montgomery, AL 36116

**YOU ARE HEREBY REQUIRED** to produce to the Alabama Department of Youth

Services, Legal Division, located at 1000 Industrial School Road, Washington Hall, Suite 200,

Mt. Meigs, Alabama 36057, the following information:

1.    Any and all medical records, including but not limited to, any and all reports, notes,

tests, test results, diagnoses, prognoses, office records, clinic records, therapy records, and

correspondence pertaining to Tera McMillian, Date of birth, 1/12/1973.

2.    Any other such record in the possession, custody or control of the said witness, and

every such record to which the witness may have access, pertaining to Tera McMillian, Date of

birth, 1/12/1973.

You are required to produce to the Legal Division the medical records for Tera McMillian which covers the time frame of 2003 - present. The records are to be produced no later than close of business (4:30 p.m.) on February 1, 2008.

This subpoena is issued pursuant to Federal Rule of Civil Procedure 45 and said subpoena will remain from time to time until discharged according to law.

Done this 17th day of January, 2008.

TROY KING
ATTORNEY GENERAL

T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

# NOTICE OF LEGAL SERVICE

**I CERTIFY THAT I HAVE PERSONALLY RECEIVED THE BELOW DESCRIBED LEGAL DOCUMENT.**

**Subpoena Duces Tecum**                    **Case No. 2:07:CV-01-WKW**

**Tera A. McMillan v. Alabama Department of Youth Services and Michael J. Hardy**

                    TO:    Lucy Moody
                           Meadhaven
                           2105 East South Boulevard
                           Montgomery, AL 36106

_1·23·08_
**DATE**

_Lucy Moody_
**SIGNATURE OF PERSON SERVED**

**I CERTIFY THAT I PERSONALLY SERVED A COPY OF THE ABOVE DESCRIBED LEGAL DOCUMENTS TO:**

_Lucy Moody_
**NAME OF PERSON SERVED**

_1/23/08_
**DATE**

_Alan Staton_
**ALAN STATON, SPECAIL INVESTIGATOR**



STATE OF ALABAMA

DEPARTMENT OF YOUTH SERVICES

BOB RILEY
GOVERNOR

POST OFFICE BOX 66
MT. MEIGS, ALABAMA 36057

J. WALTER WOOD, JR.
EXECUTIVE DIRECTOR

February 4, 2008

Jimmy Jacobs
4137 Carmichael Road, Suite 100
Montgomery, AL 36106

RE:    Tera McMillan v. Alabama Department of Youth Services, et. al.,
       Case No: 2:07-cv-00001

Dear Jimmy:

The Department of Youth Services, was unaware that your client, Ms. McMillian, may have received medical treatment in reference to this case until we conducted depositions last month. After we learned this information, the Department of Youth Services subpoenaed Ms. McMillian's medical records from medical doctors that she identified during depositions.

Some of the doctors will not release Ms. McMillan's medical records without the written consent of Ms. McMillan. Enclosed herewith is a release from your client for those records. Please have Ms. McMillan execute the release. If you have any questions concerning this matter please do not hesitate to contact me.

Sincerely,

T. Dudley Perry, Jr.
General Counsel

TDPJr/sbw/pic

Enclosure

EXHIBIT
2

## Authorization for Release of Information

<u>Tera McMillian</u>                    <u>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</u>                    <u>January 12, 1973</u>
Patient's Name                           Social Security Number                      Date of Birth


_____
Address                    City              State        Zip        Telephone (Home)


I hereby authorize the release of information contained in the above patient's medical record, including record, if any, containing privileged psychiatric confidential information and records, if any, for treatment of physical and/or mental illness, treatment of chemical dependency and/or alcohol abuse, or testing or treatment of any communicable or infectious disease, such as Acquired Immunodeficiency Syndrome virus (AIDS), Venereal Disease, Tuberculosis, or Hepatitis. I authorize such release to the person or organization listed below and under the condition and for the purpose as stated below


1.  Name of Person (s) and or organizations (s) and addresses to whom disclosure is to be made.

_____
_____
_____


2.  Reason for Disclosure _____

_____
_____


_____                    _____
Date                                        Signature