IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>) CIVIL ACTION NO. 2:07cv001-WKW<br>ALABAMA DEPARTMENT, )<br>OF YOUTH SERVICES, *et al.*, )<br>)<br>Defendants. ) | |

## ORDER ON MOTION

Upon careful consideration of Defendants' Motion to Compel Plaintiff's Medical Records or Alternatively Motion for Contempt (Doc. #75), and for good cause, it is

ORDERED the motion (Doc. #75) is GRANTED IN PART and DENIED IN PART. Bobby J. Dunn (Dunn), MSW and Lucy Moody (Moody) shall respond to the subpoena requests for medical records **on or before February 29, 2008**. The motion, however, is DENIED with regard to the request seeking contempt sanctions. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to Dunn and Moody at the addresses provided in Doc. #75-2.

DONE this 15th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE