IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-001-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Strike Defendant Alabama Department of Youth Services' Summary Judgment Reply Exhibits and Argument (Doc. # 77), it is ORDERED that defendant Alabama Department of Youth Services may file a response on or before **February 28, 2008.** Leave will not be granted for either party to file additional briefs on this motion.

DONE this 21st day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE