IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA A. McMILLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-001-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on plaintiff's Motion for Reconsideration of Order on Discovery (Doc. # 79). The plaintiff asks this court to reconsider an order of the Magistrate Judge (Doc. # 66) denying imposition of sanctions. In essence, the plaintiff claims that the defendants should be sanctioned for refusing to allow her to copy a transcript of a personnel board hearing. Plaintiff has since obtained a copy of the transcript from the court reporter and paid $1,623.85 for it. The court agrees with the Magistrate Judge that the defendants complied with plaintiff's discovery requests and that the plaintiff is not entitled to sanctions. Accordingly, it is ORDERED that the Motion for Reconsideration (Doc. # 79) is DENIED.

DONE this 27th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE