IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA A. McMILLAN, | ) | |
| | ) | |
| | ) | Case No: 2:07:CV-01-WKW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES and | ) | |
| MICHAEL J. HARDY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| MICHAEL HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 02:08-CV-15 MHT |
| vs. | ) | |
| | ) | |
| J. WALTER WOOD, Jr., et., al. | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO CONSOLIDATE

COME NOW Defendants Alabama Department of Youth Services and J. Walter Wood, Jr. in the above referenced cases, by counsel, and moves this Honorable Court, pursuant to Rule 42 (a), Fed.R.Civ.P., to consolidate the above referenced cases.

Rule 42(a) provides consolidation of actions before the court if such actions involve a common question of law or fact. A court's decision to consolidate cases under

Rule 42(a) is discretionary. *Young v. City of Augusta*, 59 F.3d 1160, 1168 (11th Cir. 1995); *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985). When exercising that discretion, 11th Circuit courts weigh the potential risk of prejudice and confusion caused by consolidation against the risk of inconsistent rulings on common factual and legal questions, the burden on the parties and the court, the length of time, and the relative expense of proceeding with separate lawsuits if they are not consolidated. *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985)

Consolidation of McMillan and Hardy would serve the interests of judicial economy because the cases have a common question of fact in that both cases involve the sexual harassment investigation Tera McMillan initiated against Michael Hardy and outcome and/or aftermath of said investigation. The cases involve the same witnesses and arise out of the same series of events. Consolidation of the two cases would avoid unnecessary costs or delay and trials containing duplicative witnesses and evidence.

For the foregoing reasons, the Alabama Department of Youth Services and J. Walter Wood, Jr., move this Honorable Court to consolidate these cases.

DONE this 7th day of March, 2008

Respectfully submitted,

**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Attorney for the Defendant
Alabama Department of Youth Services &
J. Walter Wood, Jr.
Post Office Box 66

        Mt. Meigs, AL 36057
        Telephone: (334) 215-3803
        Fax: (334) 215-3872
        E-Mail: dudley.perry@dys.alabama.gov
        **s/Sancha E. Teele**
        Sancha E. Teele
        Assistant Attorney General
        Bar Number: 0103-H71T
        Attorney for the Defendant
        Alabama Department of Youth Services &
        J. Walter Wood, Jr.
        Post Office Box 66
        Mt. Meigs, AL 36057
        Telephone: 334-215-3803
        Fax: (334) 215-3872
        E-Mail: sancha.teele@dys.alabama.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of March, 2008, I electronically filed the foregoing, MOTION TO CONSOLIDATE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs
E-mail:jacobslawoffice@charter.net
Attorney At Law
143 Eastern Boulevard
Montgomery, AL 36117
Tel: (334) 215-1788
Fax: (334) 215-1198

James Eldon Wilson
Attorney at Law
4625 Lomac Street
Montgomery, AL 36106

Gwendolyn T. Kennedy
Attorney at Law
3000 Eagle Point Corporate Dr., Suite 300 A
Birmingham, AL 35242
(205)437-0160

                    **s/ T. Dudley Perry Jr.**
                    T. Dudley Perry, Jr.
                    Bar Number: 3985-R67T
                    Deputy Attorney General
                    Attorney for the Defendants.