IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN )<br>    Plaintiff )<br>)<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>  YOUTH SERVICES, et al., )<br>    Defendants ) | Civil Action No: 2:07-cv-001-WKW<br><br>(JURY DEMAND) |

**Plaintiff's List of Proposed Trial Witnesses**

COMES NOW the Plaintiff, by and through undersigned counsel, and submits in accord with the Court's Order of February 14, 2008 the following list of prospective witnesses at the trial of this matter:

Will Call:

1. Tera A. McMillian
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Road, Ste 100
   Montgomery, AL 36106
   (334)215-1788

2. Birdie Montgomery
   c/o Jimmy Jacobs, L.L.C.
   4137 Carmichael Road, Ste 100
   Montgomery, AL 36106
   (334)215-1788

May Call:

3. J. Walter Wood
   c/o Counsel for DYS
   1000 Industrial School Road
   Mount Meigs, AL 36057
   (334)215-3803

4. Debra Spann
   c/o Counsel for DYS

       1000 Industrial School Road
       Mount Meigs, AL 36057
       (334)215-3803

5.    Allen Staton
       c/o Counsel for DYS
       1000 Industrial School Road
       Mount Meigs, AL 36057
       (334)215-3803

6.    T. Dudley Perry, Esq.
       c/o Counsel for DYS
       1000 Industrial School Road
       Mount Meigs, AL 36057
       (334)215-3803

7.    Veronica Harris
       c/o Jimmy Jacobs, L.L.C.
       4137 Carmichael Road, Ste 100
       Montgomery, AL 36106
       (334)215-1788

8.    Lisa Alexander
       c/o Jimmy Jacobs, L.L.C.
       4137 Carmichael Road, Ste 100
       Montgomery, AL 36106
       (334)215-1788

9.    Rose Harris
       c/o Jimmy Jacobs, L.L.C.
       4137 Carmichael Road, Ste 100
       Montgomery, AL 36106
       (334)215-17888

10.   Tometra Thompkins
       Current address unknown
       c/o Jimmy Jacobs, L.L.C.
       4137 Carmichael Road, Ste 100
       Montgomery, AL 36106
       (334)215-1788

11.   Erika Judge
       Alabama Department of Youth Services
       c/o Counsel for DYS
       1000 Industrial School Road
       Mount Meigs, AL 36057

(334)215-3803

12. Bernice Howard
    Current Address Unknown
    c/o Jimmy Jacobs, L.L.C.
    4137 Carmichael Road, Ste 100
    Montgomery, AL 36106
    (334)215-1788

13. Jemecia Calvin
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

14. Rakeya Givens
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

15. Wendy King
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

16. Kawanna Jones
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

17. Julia Jackson
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

18. Torie Gray
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

19. Ebonie McCall
    c/o Counsel for DYS

       1000 Industrial School Road
       Mount Meigs, AL 36057
       (334)215-3803

20. Alison Billups
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

21. Lennie Hartzog
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

22. Falandria Brundage
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

23. Adriana Jones
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

24. Sherry Richards
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

25. Rogers Dortch
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

26. Victor Black
    c/o Counsel for DYS
    1000 Industrial School Road
    Mount Meigs, AL 36057
    (334)215-3803

27.  Sammie L. Jones
     Current Address Unknown
     c/o Jimmy Jacobs, L.L.C.
     4137 Carmichael Road, Ste 100
     Montgomery, AL 36106
     (334)215-1788

28.  Martha Johnson
     1000 Industrial School Road
     Mount Meigs, AL 36057
     (334)215-3803

29.  Tim Davis
     c/o Counsel for DYS
     1000 Industrial School Road
     Mount Meigs, AL 36057
     (334)215-3803

30.  Marcia Calendar
     c/o Counsel for DYS
     1000 Industrial School Road
     Mount Meigs, AL 36057
     (334)215-3803

31.  Yvette Brown
     Current Address Unknown
     c/o Jimmy Jacobs, L.L.C.
     4137 Carmichael Road, Ste 100
     Montgomery, AL 36106
     (334)215-1788

32.  Velvet Davis
     Current Address Unknown
     c/o Jimmy Jacobs, L.L.C.
     4137 Carmichael Road, Ste 100
     Montgomery, AL 36106
     (334)215-1788

The Plaintiff may also call any person or entity proposed by the defendants as prospective witnesses, as well as any person, representative or entity as necessary for evidentiary foundation and/or rebuttal purposes at the trial of the matter.

Respectfully submitted this 19th day of June 2008.

/S/ JIMMY JACOBS

JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, Alabama 36106
(334) 215-1788

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 19th of June, 2008.

/s/Jimmy Jacobs
JIMMY JACOBS (JAC051)
Attorney for Plaintiff

COUNSEL OF RECORD:

T. Dudley Perry, Jr.
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057

James Eldon Wilson, Esquire
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106