**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| TERA A. McMILLIAN | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Civil Action No: 2:07-cv-0001-WKW** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | **(JURY DEMAND)** |
| YOUR SERVICES, et al., | ) | |
| **Defendants** | ) | |

**Plaintiff's List of Proposed Trial Exhibits**

Comes now the Plaintiff, by and through undersigned counsel, and submits this list of proposed exhibits in this matter in accord with the Court's Order dated February 14, 2008.

Exhibit

| | |
|---|---|
| 1 | McMillian appointment letter dated October 22, 2002 |
| 2 | Notes of Investigative Findings by Debra Spann dated June 14, 2005 |
| 3 | Spann Meeting Notes |
| 4 | EEOC Charge of Discrimination, 7/12/05 |
| 5 | Memo from Debra Spann, DYS Personnel Manager, to J. Walter Wood Jr., dated July 19, 2005 |
| 6 | Memo from Joe Pinkard to Phyllis Rankins, dated September 26, 2005 |
| 7 | Memo from Tim Davis, Deputy Director to J. Walter Wood, November 3, 2005. |
| 8 | Letter from J. Walter Wood to Michael Hardy, November 4, 2005 |
| 9 | November 15, 2005 Termination Hearing Transcript |
| 10 | Marcia Calendar Memo to J. Walter Wood, 12/8/05 |
| 11 | Letter from J. Walter Wood Jr. to Michael Hardy, January 6, 2006. |

12        Statement of Facts for State Personnel Hearing

13        Administrative Law Judge Recommended Order dated August 1, 2007.

14        Hardy Retaliation Documents. 6/21/05; 7/14/05

15        EEOC Charge of Discrimination, 12/11/05

16        EEOC Dismissal and Notice of Rights

17        Staton Interview of McMillian, Feb 16, 2006

18        Staton Interview of Harris, March 8, 2006

19        Staton Interview of Lee, March 9, 2006

20        Staton Interview of Rankins, March 10, 2006

21        Staton Report re: EEOC Charge, 3/31/06

22        Staton Interview of McMillian, December 1, 2006

23        Staton Investigative Summary, 02/27/2007

24        Rosters of employees attending training 2005-2007

25        Internal Memos/Reports at ITU re: McMillian

26        Transcription of Sylvesta Lee's tape recordings

27        Table of ITU Employee Sign In/Out Times, March-April 2006 with
          supporting Time & Attendance Reports

28        I.T.U. Meeting Notices

29        Security Gate Log of employees entering and leaving

30        Daily Time & Attendance Reports: 06/11/05-06/19/05

31        McMillian Performance Evaluations, 2002-2007

32        Lee's Letter to McMillian, December 6, 2005

33        Lee's Contact with Staff memo Jan 20, 2006 re: Insubordination

34        Lee's Memo re: Mandatory A Training 2006

35        Hardy Memo re: Sex Discrimination, 1/18/00

36        Defendant's Response to Requests for Admissions

37        DYS Discrimination Complaints: 2004 - 2007

Additionally, the plaintiff may utilize and offer into evidence any materials necessary for evidentiary foundation or rebuttal purposes and/or any materials designated by the defendant as potential exhibits in the trial of this matter.

Respectfully submitted this 19th day of June 2008.

/S/ JIMMY JACOBS
JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, Alabama 36106
(334) 215-1788

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 19h of June 2008.

/s/Jimmy Jacobs
JIMMY JACOBS (JAC051)
Attorney for Plaintiff

COUNSEL OF RECORD:

T. Dudley Perry, Jr.
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057

James Eldon Wilson, Esquire
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106

3