IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERA A. MCMILLAN,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-01-WKW |
| | ) |
| **ALABAMA DEPARTMENT OF YOUTH** | ) |
| **SERVICES and** | ) |
| **MICHAEL J. HARDY,** | ) |
| | ) |
| Defendants. | ) |

## MICHAEL J. HARDY'S TRIAL EXHIBIT LIST

**COMES NOW DEFENDANT**, Michael J. Hardy, and in accordance with the Court's Scheduling Order, files his List of Trial Exhibits, to wit:

1. DYS Policy No. 3.13.2 – Prohibition of Sexual Harassment, Dec 5, 1996.

2. DYS Policy No. 3.19.1 – Acceptance of Private Employment by DYS Personnel, June 23, 1993.

3. DYS Policy 13.14 – Staff Conduct with DYS Students of the Opposite Sex, June 27, 2003.

4. DYS Policy No. 13.15 – Fraternization with DYS Students, December 06, 2001.

5. Paige Hall Daily Time and Attendance Reports 11/13/04 through 1/7/05; Summary Chart.

6. Harris Hall Daily Time and Attendance Reports 12/28/04 through 12/30/04; Summary Chart.

7. Memorandum to Eugene Smith, Shift Supervisor Re Transfers/Placement of New Staff, October 19, 2004.

8. Letter to Ms. Mary Moton from Walter Wood, Jr, Executive Director, December 7, 2004.

9. Alltel Cell Phone Record, Michael Hardy's Account 8390613399-850, covering 12/28/04 through 01/04/05.

10. Going Home Services Brochure, Sister Mary Julia Taylor, July 25, 1912 – January 23, 2003.

11. Order from Personnel Board of the State of Alabama in the Appeal of Michael Hardy, October 17, 2007.

12. Final order from Circuit Judge Gene Reese in Hardy v. Alabama State Personnel Board, entered March 12, 2008.

13. Any exhibit designated, identified or offered by Defendant, DYS.

14. Any exhibit designated, identified or offered by Plaintiff.

    Respectfully submitted, this the 19th day of June, 2008.

                                            s/ JAMES ELDON WILSON
                                            James Eldon Wilson (WIL079)
                                            Deputy Attorney General

OF COUNSEL:
James Eldon Wilson, Esquire
4265 Lomac Street
Montgomery, AL 36106
(334) 409-2003; FAX (334) 409-2009
email:jameseldonwilson@mindspring.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, I electronically filed the foregoing Trial Exhibit List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs, Esq.
Attorney for the Plaintiff

**4137 Carmichael Rd, Ste 100**
**Montgomery, AL 361o6**

**T. Dudley Perry, Jr.**
**Deputy Attorney General**
**Attorney for the Defendants**
**Alabama Department of Youth Services**
**P.O. Box 66**
**Mt. Meigs, AL 36057**

**s/JAMES ELDON WILSON**
**Of Counsel**
