IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. MCMILLAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-01-WKW |
| | ) |
| ALABAMA DEPARTMENT OF YOUTH SERVICES and MICHAEL J. HARDY, | ) ) ) ) |
| Defendants. | ) |

## MICHAEL J. HARDY'S TRIAL WITNESS LIST

**COMES NOW DEFENDANT**, Michael J. Hardy, and in accordance with the

Court's Scheduling Order , files his List of Trial Witnesses, to wit:

1. Michael J. Hardy, 2900 Marti Lane, Montgomery, AL 36116, (334) 286-3650.

2. Tera McMillian, 312 Adler Drive, Montgomery, AL 36116, (334) 286-3823.

3. Birdie Lee Montgomery, 312 Adler Drive, Montgomery, AL 36116, (334) 286-3823.

4. Veronica Harris, 3807 Malabar Road, Montgomery, AL 36116, (334) 215-6091.

5. J. Walter Wood, Alabama Department of Youth Services, P.O.Box 66, Mt. Meigs, AL 36057, (334) 215-3800.

6. Lisa May, 1609 West Campbell Drive, Fort Walton, FL, ?

7. Debra Spann, 4 West Rosemary Road, Montgomery, AL 36109, (334) 215-3813.

8. Rashin Farley, 733 Sun Hill Road, North West, Apartment K, Birmingham, AL 35215, (205) 838-4920.

9. Rogers Leon Dortch, 3124 Baldwin Brook Drive, Montgomery, AL 36116, (334) 288-6160.

1

**10. Derrick Andre Bolling, 2238 Sagewood Drive, Montgomery, AL 36117, (334) 215-3878.**

**11. Vanessa Lynn Hall, 2144 Holton Road, Grady, AL 36036, ?**
**12. Reginald P. Boswell, 1589 Ala Highway 199, Tuskegee, AL, (334) 215-6092.**

**13.  Sylvesta Lee, Sr., 2631 Knollwood Drive, Montgomery, AL 36116 (334) 215-6049.**

**14. Elijah Hood, Jr., 1555 Deatsville Highway, Millbrook, AL 36054, (334) ?**

**15. Eugene Smith, 1 Hunters Drive, Montgomery, AL 36108, (334) 215-6159.**

**16.  Any witness listed or called to testify by Defendant DYS.**

**17. Any witness listed or called to testify by Plaintiff.**

    **Respectfully submitted, this the 19th day of June, 2008.**


                          **s/  JAMES ELDON WILSON**
                          **James Eldon Wilson (WIL079)**
                          **Deputy Attorney General**

**OF COUNSEL:**
**James Eldon Wilson, Esquire**
**4265 Lomac Street**
**Montgomery, AL 36106**
**(334) 409-2003; FAX (334) 409-2009**
**email:jameseldonwilson@mindspring.com**


### CERTIFICATE OF SERVICE

**I hereby certify that on June 19, 2008, I electronically filed the foregoing Trial Witness List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:**


**Jimmy Jacobs, Esq.**

**Attorney for the Plaintiff**
**4137 Carmichael Rd, Ste 100**
**Montgomery, AL 361o6**

**T. Dudley Perry, Jr.**
**Deputy Attorney General**
**Attorney for the Defendants**
**Alabama Department of Youth Services**
**P.O. Box 66**
**Mt. Meigs, AL 36057**

                <u>s/JAMES ELDON WILSON</u>
                **Of Counsel**