IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA McMILLAN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:07-cv-00001-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, et al | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT ALABAMA DEPARTMENT OF YOUTH SERVICES EXHIBIT LIST

COMES NOW the Defendant, Alabama Department of Youth Services, by and through undersigned counsels, and submits this list of proposed exhibits in this matter in accordance with the Court's Order dated February 14, 2008.

The following are the proposed Exhibits to be used during trial:

1. Tera A. McMillan's personnel file.

2. Michael Hardy's personnel file.

3. Tera McMillian's deposition.

4. Alabama Department of Youth Services policy number 4.2.

5. T.Dudley Perry, Jr's, August 11, 2006 Employee's Brief of Evidence to Administrative Law Judge Julia Weller.

6. Administrative Law Judge Julia Weller's August 1, 2007 Recommended Order to the State Personnel Board on the Michael Hardy State Personnel Case.

7. October 17, 2008 Order of the Personnel Board of the State of Alabama in the matter of Michael Hardy.

8. Plaintiff's EEOC Charges of Discrimination.

9. Special Investigator Alan Staton's investigation of Plaintiff's allegations of

    alleged discrimination based on sex and retaliation (EEOC 130-2006-01336). Enclosed in the investigation besides Ms. McMillian's Personnel Documentation are statements by Hammond; Hood; Webster; Harris; Rankins; and Lee. Also in closed are copies of work schedules, leave request relating to Ms. McMillian.

10. January 6, 2006 letter from J. Walter Wood, Jr. To Michael Hardy indicating that based on the evidenced from the November 10, 2005 fact finding hearing that he was dismissed from the Department effective at the close of business January 6, 2006.

11. Quality Assurance Mandatory Training/Sign-in list.

12. Affidavits given by Plaintiff McMillian in this matter.

13. Statements made by Plaintiff McMillian in this matter.

14. Transcripts of Hardy's administrative procedure discharge hearings.

15. Exhibits introduced at Hardy's administrative procedure discharge hearings.

16. Any and all exhibits on the Plaintiff's and Defendant Hardy's exhibit list.

Respectfully submitted this 19th day of June 2008,

            **s/ T. Dudley Perry Jr.**
            T. Dudley Perry, Jr.
            Bar Number: 3985-R67T
            General Counsel
            Attorney for the Defendant
            Alabama Department of Youth Services
            Post Office Box 66
            Mt. Meigs, AL 36057
            Telephone: (334) 215-3803
            Fax: (334) 215-3872
            E-Mail: dudley.perry@dys.alabama.gov

            **s/Sancha E. Teele**
            Sancha E. Teele
            Assistant Attorney General
            Bar Number: 0103-H71T
            Attorney for the Defendant

>Alabama Department of Youth Services
>Post Office Box 66
>Mt. Meigs, AL 36057
>Telephone: 334-215-3803
>Fax: (334) 215-3872
>E-Mail: sancha.teele@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2008, I electronically filed the foregoing, **DEFENDANT ALABAMA DEPARTMENT OF YOUTH SERVICES EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jimmy Jacobs | James Eldon Wilson |
| E-mail:jacobslawoffice@charter.net | E-mail:jameseldonwilson@mindspring.com |
| Attorney At Law | Attorney At Law |
| 143 Eastern Boulevard | 4265 Lomac Street |
| Montgomery, AL 36117 | Montgomery, AL 36106 |
| Tel: (334) 215-1788 | Tel: (334) 409-2003 |
| Fax: (334) 215-1198 | Fax: (334) 409-2009 |

>**s/ T. Dudley Perry Jr.**
>T. Dudley Perry, Jr.
>Bar Number: 3985-R67T
>Deputy Attorney General
>Attorney for the Defendants