IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA McMILLAN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:07-cv-00001-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, et al | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ALABAMA DEPARTMENT OF YOUTH SERVICES WITNESS LIST**

COMES NOW the Defendant, Alabama Department of Youth Services, by and through undersigned counsels, and submits this list of proposed witnesses in this matter in accordance with the Court's Ordered dated February 14, 2008.

1. Witnesses who are expected to be presented.

   a.. Tera A. McMillan - Plaintiff
   Alabama Department of Youth Services
   P. O. Box 66
   Mt. Meigs, AL 36057
   334 -286-3823

   b. *Michael Hardy - Defendant
   29000 Marti Lane
   Montgomery, AL 36116
   286-3650

   c. Debra Spann
   Alabama Department of Youth Services
   P. O. Box 66
   Mt. Meigs, AL 36057
   334-215-3813

   d. *Birdie Lee Montgomery
   312 Adler Drive

        Montgomery, AL 36116
        334-286-3823

e.    Veronica Harris
       Alabama Department of Youth Services
       P. O. Box 66
       Mt. Meigs, AL 36057
       334-215-6091

f.    Alan Staton
       Alabama Department of Youth Services
       P. O. Box 66
       Mt. Meigs, AL 36057
       334-215-3806

g.    Sylvesta Lee
       Alabama Department of Youth Services
       P. O. Box 66
       Mt. Meigs, AL 36057
       334-215-6049

h.    Roger Dortch
       Department of Youth Services
       Paige Hall
       P. O. Box 66
       Mt. Meigs, AL 36057
       334-215-6090

i.    Eugene Smith
       Department of Youth Services
       D & E - A
       P. O. Box 66
       Mt. Meigs, AL 36057
       334-215-6158/6029

j.    Arthur Harvest
       Department of Youth Services
       Paige Hall
       Mt. Meigs, AL 36057
       334-215-6090

k.    Rushin Farley                  Rushin Farley
       733 Sunhill Road, NW        Alabama Department of Youth Services

    Birmingham, AL 36215   Vacca Campus
                    8950 Roebuck Road
                    Birmingham, AL 35206
                    205-383-4920

2.  Witnesses who may be called if need arises.

  a.  Tim Davis
    Alabama Department of Youth Services
    P. O. Box 66
    Mt. Meigs, AL 36057
    334-215-3807

  b.  Marcia Calendar
    Alabama Department of Youth Services
    P. O. Box 66
    Mt. Meigs, AL 36057
    334-215-3804

  c.  G. Wayne Booker
    Alabama Department of Youth Services
    P. O. Box 66
    Mt. Meigs, AL 36057
    334-215-3807

  d.  Janice Coles-Lewis
    Alabama Department of Youth Services
    P. O. Box 66
    Mt. Meigs, AL 36057
    334-215-3831

  e.  Elijah Hood
    Alabama Department of Youth Services
    Attn: ITU
    P. O. Box 66
    Mt. Meigs, AL 36057
    334-215-6083

  f..  Jacob Hammond
    Alabama Department of Youth Services
    Attn: ITU
    P. O. Box 66

            Mt. Meigs, AL 36057
            334-215-6083

g.     *Phyllis Rankins
       24 Arlington Road
       Montgomery, AL 36105
       334-262-1885

h.     Gregory Webster
       Alabama Department of Youth Services
       Attn: ITU
       P. O. Box 66
       Mt. Meigs, AL 36057
       334-215-6083

\* Indicates that the individual is not an employee of the Alabama Department of Youth Services.

3.     Any and all witnesses on the Plaintiff's and Defendant Hardy's witness list.

Respectfully submitted this 19th day of June 2008,

                        **s/ T. Dudley Perry Jr.**
                        T. Dudley Perry, Jr.
                        Bar Number: 3985-R67T
                        General Counsel
                        Attorney for the Defendant
                        Alabama Department of Youth Services
                        Post Office Box 66
                        Mt. Meigs, AL 36057
                        Telephone: (334) 215-3803
                        Fax: (334) 215-3872
                        E-Mail: dudley.perry@dys.alabama.gov

                        **s/Sancha E. Teele**
                        Sancha E. Teele
                        Assistant Attorney General
                        Bar Number: 0103-H71T
                        Attorney for the Defendant
                        Alabama Department of Youth Services
                        Post Office Box 66

Mt. Meigs, AL 36057  
Telephone: 334-215-3803  
Fax: (334) 215-3872  
E-Mail: sancha.teele@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2008, I electronically filed the foregoing, **DEFENDANT ALABAMA DEPARTMENT OF YOUTH SERVICES WITNESS LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jimmy Jacobs<br>E-mail:jacobslawoffice@charter.net<br>Attorney At Law<br>143 Eastern Boulevard<br>Montgomery, AL 36117<br>Tel: (334) 215-1788<br>Fax: (334) 215-1198 | James Eldon Wilson<br>Attorney at Law<br>4625 Lomac Street<br>Montgomery, AL 36106 |

**s/ T. Dudley Perry Jr.**  
T. Dudley Perry, Jr.  
Bar Number: 3985-R67T  
Deputy Attorney General  
Attorney for the Defendants