IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN )<br>    **Plaintiff** )<br>)<br>v. ) Civil Action No: 2:07-cv-00001-WKW<br>)<br>ALABAMA DEPARTMENT OF ) (JURY DEMAND)<br>  YOUTH SERVICES, et al., )<br>    **Defendants** ) | |

**JOINT MOTION FOR COURT-ANNEXED MEDIATION**

COME NOW the PARTIES, jointly by and through undersigned counsel, and submit this request to the Court for assignment of the case for Mediation. The parties respectfully request that the mediation of the case be assigned to a Magistrate Judge who has not been involved in any prior disputes between or among the parties in this case.

There are currently two cases pending in the United States District Court for the Middle District of Alabama involving these parties. In addition to the above referenced case, Michael Hardy v. J. Walter Wood, Jr., case number **02:08-CV-15 MHT**, is pending. These actions involve common questions of fact. Michael Hardy is represented by different counsel in each case. The cases present the possibility of inconsistent results. It will be difficult or impossible to settle one action without a settlement of the both. The undersigned counsel therefore request an order that all parties in both pending actions appear with their respective counsel.

Respectfully submitted this 20th day of June 2008.

/S/ JIMMY JACOBS
JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, Alabama 36106
(334) 215-1788


s/ T. Dudley Perry Jr.
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Alabama Department of Youth Services
Attorney for the Defendants

s/JAMES ELDON WILSON
James Eldon Wilson (WIL079)
Deputy Attorney General
Attorney for Michael J. Hardy