IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA A. McMILLIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-001-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On June 20, 2008, the court held a Pre-Trial Conference. At, the hearing the court set deadlines for the briefing of certain issues. It is ORDERED that:

1. The Plaintiff shall file a brief enumerating for what matters Attorney Perry would be called on to testify and the materiality of those matters. This brief shall be filed **on or before June 27, 2008.** Defendants Alabama Department of Youth Services and Michael J. Hardy may each file a response **on or before July 7, 2008**; and

2. Defendants Alabama Department of Youth Services and Michael Hardy **each** shall brief their position or defense that the Plaintiff is not entitled to recover both from Alabama Department of Youth Services under Title VII and Michael Hardy under § 1983. The Defendants shall each file their briefs **on or before June 27, 2008.** The Plaintiff shall file a response **on or before July 7, 2008**.

3.   The parties are DIRECTED to contact the Honorable Charles Coody, United States Magistrate Judge, to schedule a mediation of this matter.

DONE this 23rd day of June, 2008.

                                        /s/  W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE