IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-001-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the court on Joint Motion for Court-Annexed Mediation (Doc. # 98). It is ORDERED that the motion is DENIED. To the extent that the parties seek mediation in this case, the court has already ordered such mediation, rendering the issue moot. To the extent that the parties seeks an order requiring the counsel and parties in a related case, *Michael Hardy v. J. Walter Wood, Jr.*, 02:08-cv-15-MHT, to participate in the mediation, the *Hardy* case is separate and distinct from this case. The parties are urged to file their motion in 08-cv-15 and to make Judge Coody aware of their request.

Done this 23rd day of June, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE