**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERA A. McMILLAN** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No: 2:07-cv-001-WKW** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | **(JURY DEMAND)** |
| **YOUTH SERVICES, et al.,** | ) | |
| **Defendants** | ) | |

**Plaintiff's Response to Court's Order Regarding Testimony of Attorney Perry**

COMES NOW the Plaintiff, by and through undersigned counsel, and submits this response to the Court's Order dated June 23, 2008, regarding the potential testimony of Attorney Dudley Perry in the presentation of her case in chief in this matter. Upon consideration of the consequences of further delays in the trial of her claims, the Plaintiff withdraws Attorney Perry from her list of proposed witnesses.

Respectfully submitted this 25th day of June 2008.

/S/ **JIMMY JACOBS**
JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, Alabama 36106
(334) 215-1788

8

<u>CERTIFICATE</u> <u>OF SERVICE</u>

       I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 28th of June, 2008.

                              /s/**Jimmy Jacobs**
                              JIMMY JACOBS (JAC051)
                              Attorney for Plaintiff


COUNSEL OF RECORD:

T. Dudley Perry, Jr.
Sancha E. Teele
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057

James Eldon Wilson, Esquire
Deputy Attorney General
4265 Lomac Street
Montgomery, AL 36106