**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERA A. McMILLIAN,** | ) | |
| | ) | |
| | ) | **Case No: 2:07:CV-01-WKW** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **YOUTH SERVICES and** | ) | |
| **MICHAEL J. HARDY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS JOINT STATEMENT CONCERNING TITLE VII AND 42 U.S.C. §1983**

COMES NOW the undersigned counsel on behalf of the Alabama Department of Youth Services and Michael J. Hardy and files this joint statement concerning the merger of Plaintiff's Title VII and 42 U.S.C. § 1983 claims. After careful review of case law, counsel was not able to ascertain more specific case law to support the position that the Plaintiff is not entitled to proceed with her claims against the Alabama Department of Youth Services under Title VII and Michael Hardy under 42 U.S.C. § 1983. Therefore the undersigned counsel respectfully withdraws its previous position concerning this issue for this matter. _____

Respectfully submitted this 27th day of June, 2008.

**s/ T. Dudley Perry Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057

Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**s/ James Eldon Wilson**
James Eldon Wilson
Attorney at Law
4625 Lomac Street
Montgomery, AL 36106
Telephone: (334)409-2003
Fax: (334)409-2009

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2008, I electronically filed the foregoing, **DEFENDANTS JOINT STATEMENT CONCERNING TITLE VII AND 42 U.S.C. §1983** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Jacobs
E-mail:jacobslawoffice@charter.net
Attorney At Law
143 Eastern Boulevard
Montgomery, AL 36117
Tel: (334) 215-1788
Fax: (334) 215-1198

**s/ T. Dudley Perry Jr.**
General Counsel