IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. MCMILLIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  2:07-CV-01-WKW |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| YOUTH SERVICES, *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Counsel for the Department of Youth Services has informed the court that the mediation set for 1:30 p.m. on July 1, 2008, cannot go forward.  Accordingly, it is

ORDERED that the mediation be and is hereby CANCELLED.

Done this 1st day of July, 2008.

        /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE