IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLAN, | ) |
| | ) |
| | )   Case No: 2:07:CV-01-WKW |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES and | ) |
| MICHAEL J. HARDY, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF COMPLIANCE

COMES NOW the Defendant, Alabama Department of Youth Services, by and through the undersigned counsel, and submits this response to the Plaintiff's Response to Court's Order Regarding Testimony of Attorney Perry (Doc. 102), to comply with the Court's Order dated June 23, 2008 (Doc. 99). The Plaintiff has withdrawn Attorney Perry from her list of proposed witnesses, therefore the issue regarding Attorney T. Dudley Perry Jr.'s testimony is moot.

Respectfully submitted this 1st day of July, 2008.

s/Sancha E. Teele
Sancha E. Teele
Deputy General Counsel
Bar Number: 0103-H71T
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: 334-215-3803
Fax: (334) 215-3872
E-Mail: sancha.teele@dys.alabama.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of July, 2008, I electronically filed the foregoing, NOTICE OF COMPLIANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
the following:

| | |
|---|---|
| Jimmy Jacobs | James Eldon Wilson |
| E-mail:jacobslawoffice@charter.net | E-mail: jameseldonwilson@mindspring.com |
| Attorney at Law | Attorney at Law |
| 143 Eastern Boulevard | 4625 Lomac Street |
| Montgomery, AL 36117 | Montgomery, AL 36106 |
| Tel: (334) 215-1788 | Tel: (334) 409-2003 |
| Fax: (334) 215-1198 | Fax: (334) 409-2009 |

                                                     **s/Sancha E. Teele**
                                                     Sancha E. Teele