IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERA A. MCMILLAN,** ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-CV-01-WKW |
| ) | |
| **ALABAMA DEPARTMENT OF YOUTH** ) | |
| **SERVICES and** ) | |
| **MICHAEL J. HARDY,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT MICHAEL J. HARDY'S NOTICE OF COMPLIANCE

COMES NOW DEFENDANT, Michael J. Hardy, and in compliance with the Court's Order dated June 23, 2008 (Doc.99) herewith responds to the Plaintiff's Response To Court's Order Regarding Testimony of Attorney Perry (Doc.102).

Since Plaintiff has withdrawn Attorney T. Dudley Perry Jr. from her list of proposed witnesses, Defendant Hardy agrees that the issue regarding Attorney Perry's testimony is now moot.

Respectfully submitted, this the 1st day of July, 2008.

s/ JAMES ELDON WILSON
James Eldon Wilson (WIL079)
Deputy Attorney General

**OF COUNSEL:**
**James Eldon Wilson, Esquire**
**4265 Lomac Street**
**Montgomery, AL 36106**
**(334) 409-2003; FAX (334) 409-2009**
**email:jameseldonwilson@mindspring.com**

1

## CERTIFICATE OF SERVICE

**I hereby certify that on July 1st, 2008, I electronically filed the foregoing Defendant Michael J. Hardy's Notice of Compliance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:**

**Jimmy Jacobs, Esq.
Attorney for the Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, AL 361o6**

**T. Dudley Perry, Jr., Esq.
Sancha E. Teele, Esq.
Deputy Attorneys General
Attorneys for the Defendants
Alabama Department of Youth Services
P.O. Box 66
Mt. Meigs, AL 36057**

**s/JAMES ELDON WILSON
Of Counsel**
