IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. McMILLIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-001-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff Tera McMillian ("McMillian") and Defendant Michael Hardy ("Hardy") shall each file a response to the Defendant Department of Youth Service's ("DYS") Motion in Limine (Doc. # 109); DYS shall file a response to McMillian's objection (Doc. # 116) to its exhibit list; Hardy shall file a response to McMillian's objection (Doc. # 115) to his exhibit list; and Hardy and DYS shall each file a response to McMillian's motions in limine (Docs. # 117, # 118). All responses shall be filed **on or before July 21, 2008**. If there is a dispute about a piece of evidence, the party filing the response shall include a copy of that piece of evidence.

SO ORDERED.

Done this 15th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE