IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. MCMILLIAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-CV-01-WKW |
| ) | |
| ALABAMA DEPARTMENT OF YOUTH ) | |
| SERVICES and ) | |
| MICHAEL J. HARDY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT MICHAEL J. HARDY'S RESPONSE TO DYS's MOTION IN LIMINE (DOC. 109)**

**COMES NOW DEFENDANT**, Michael J. Hardy, and in accordance with the Court's Order of July 15, 2008 , files his Response to DYS's Motion in Limine (Doc. 109), to wit:

1. Defendant Hardy agrees with and supports the DYS position in section 1.

2. Defendant Hardy agrees with and supports the DYS position in section 2.

3. Defendant Hardy agrees with and supports the DYS position in section 3.

4. Defendant Hardy agrees with and supports the DYS position in section 4.

5. Defendant Hardy agrees with and supports the DYS position in section 5.

6. Defendant Hardy agrees with and supports the DYS position in section 6. No expert has been identified by the Plaintiff and therefore any attempted offer or testimony about alleged medical, psychological or psychiatric conditions through lay witnesses should be prohibited. Federal Rules of Evidence 701 and 702.

7. Defendant Hardy agrees with and supports the DYS position in section 7.

1

8. **Defendant Hardy agrees with and supports the DYS position in section 8.**

9. **Defendant Hardy agrees with and supports the DYS position in section 9.**

10. **Defendant Hardy agrees with and supports the DYS position in section 10.**

11. **Defendant Hardy agrees with and supports the DYS position in section 11.**

12. **Defendant Hardy agrees with and supports the DYS position in section 12.**

13. **Defendant Hardy agrees with and supports the DYS position in section 13.**

14. **Defendant Hardy agrees with and supports the DYS position in section 14.**

15. **Defendant Hardy agrees with and supports the DYS position in section 15.**

16. **Defendant Hardy agrees with and supports the DYS position in section 16.**

17. **Defendant Hardy agrees with and supports the DYS position in section 17.**

18. **Defendant Hardy agrees with and supports the DYS position in section 18.**

**Respectfully filed, this the 21st day of July, 2008.**

        **s/ JAMES ELDON WILSON**
        **James Eldon Wilson (WIL079)**
        **Deputy Attorney General**
        **Attorney For Michael Hardy**

**OF COUNSEL:**
**James Eldon Wilson, Esquire**
**4265 Lomac Street**
**Montgomery, AL 36106**
**(334) 409-2003; FAX (334) 409-2009**
**email:jameseldonwilson@mindspring.com**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing Updated Defendant Michael Hardy's Response to DYS's Motion In Limine (Doc. 109) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Jimmy Jacobs, Esq.**
**Attorney for the Plaintiff**
**4137 Carmichael Rd, Ste 100**
**Montgomery, AL 361o6**

**T. Dudley Perry, Jr.**
**Deputy Attorney General**
**Attorney for the Defendants**
**Alabama Department of Youth Services**
**P.O. Box 66**
**Mt. Meigs, AL 36057**

                                        **s/JAMES ELDON WILSON**
                                        **Of Counsel**