IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERA A. MCMILLIAN,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-01-WKW |
| | ) |
| **ALABAMA DEPARTMENT OF YOUTH SERVICES and MICHAEL J. HARDY,** | ) |
| | ) |
| Defendants. | ) |

**MICHAEL J. HARDY'S TRIAL EXHIBIT LIST (Updated 7/21/08)**

**COMES NOW DEFENDANT**, Michael J. Hardy, and in accordance with the

Court's Pre Trial Order, files his Updated List of Trial Exhibits, to wit:

**1. DYS Policy No. 3.13.2 – Prohibition of Sexual Harassment, Dec 5, 1996.**

**2. DYS Policy No. 3.19.1 – Acceptance of Private Employment by DYS Personnel, June 23, 1993.**

**3. DYS Policy 13.14 – Staff Conduct with DYS Students of the Opposite Sex, June 27, 2003.**

**4. DYS Policy No. 13.15 – Fraternization with DYS Students, December 06, 2001.**

**5. Paige Hall Daily Time and Attendance Reports 11/13/04 through 1/7/05; Summary Chart.**

**6. Harris Hall Daily Time and Attendance Reports 12/28/04 through 12/30/04; Paige Hall Daily Time and Attendance Reports 12/28/04 through 1/2/05; Updated Summary Chart.**

**7. Memorandum to Eugene Smith, Shift Supervisor Re Transfers/Placement of New Staff, October 19, 2004.**

**8. Letter to Ms. Mary Moton from Walter Wood, Jr, Executive Director, December 7, 2004.**

**9. Alltel Cell Phone Record, Michael Hardy's Account 8390613399-850, covering 12/28/04 through 01/04/05.**

**10. Going Home Services Brochure, Sister Mary Julia Taylor, July 25, 1912 – January 23, 2003. (Grandmother of Michael Hardy)**

**11. Order from Personnel Board of the State of Alabama in the Appeal of Michael Hardy, October 17, 2007.**

**12. Final order from Circuit Judge Gene Reese in Hardy v. Alabama State Personnel Board, entered March 12, 2008.**

**13. Any exhibit designated, identified or offered by Defendant, DYS.**

**14. Any exhibit designated, identified or offered by Plaintiff.**

    **Respectfully updated , this the 21st day of July, 2008.**

                                           **s/  JAMES ELDON WILSON**
                                           **James Eldon Wilson (WIL079)**
                                           **Deputy Attorney General**
                                           **Attorney For Michael Hardy**

**OF COUNSEL:**
**James Eldon Wilson, Esquire**
**4265 Lomac Street**
**Montgomery, AL 36106**
**(334) 409-2003; FAX (334) 409-2009**
**email:jameseldonwilson@mindspring.com**

**CERTIFICATE OF SERVICE**

**I hereby certify that on July 21, 2008, I electronically filed the foregoing  Updated defendant Michael Hardy's  Trial Exhibit List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:**

**Jimmy Jacobs, Esq.**
**Attorney  for the Plaintiff**
**4137 Carmichael Rd, Ste 100**
**Montgomery, AL 361o6**

**T. Dudley Perry, Jr.**
**Deputy Attorney General**
**Attorney for the Defendants**
**Alabama Department of Youth Services**
**P.O. Box 66**
**Mt. Meigs, AL 36057**

                                          **s/JAMES ELDON WILSON**
                                          **Of Counsel**