IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERA A. MCMILLIAN,         )
    Plaintiff,          )
v.                         )   CASE NO. 2:07-CV-01-WKW
                           )
ALABAMA DEPARTMENT OF YOUTH )
SERVICES and               )
MICHAEL J. HARDY,          )
                           )
    Defendants.        )

**MICHAEL J. HARDY'S TRIAL WITNESS LIST (Updated 07.21.08)**

**COMES NOW DEFENDANT**, Michael J. Hardy, and in accordance with the Court's Pre Trial Order, files his Updated List of Trial Witnesses, to wit:

**EXPECT TO CALL:**

1. Michael J. Hardy, 2900 Marti Lane, Montgomery, AL 36116, (334) 286-3650.

2. Rashin Farley, 733 Sun Hill Road, North West, Apartment K, Birmingham, AL 35215, (205) 838-4920.

3. Rogers Leon Dortch, 3124 Baldwin Brook Drive, Montgomery, AL 36116, (334) 288-6160.

4. Eugene Smith, 1 Hunters Drive, Montgomery, AL 36108, (334) 215-6159.

**MAY CALL, IF NECESSARY:**

5. Tera McMillian, 312 Adler Drive, Montgomery, AL 36116, (334) 286-3823.

6. Birdie Lee Montgomery, 312 Adler Drive, Montgomery, AL 36116, (334) 286-3823.

7. Veronica Harris, 3807 Malabar Road, Montgomery, AL 36116, (334) 215-6091.

8. J. Walter Wood, Alabama Department of Youth Services, P.O. Box 66, Mt. Meigs, AL 36057, (334) 215-3800.

9. Lisa May, 1609 West Campbell Drive, Fort Walton, FL, ?

10. Debra Spann, 4 West Rosemary Road, Montgomery, AL 36109, (334) 215-3813.

11. Derrick Andre Bolling, 2238 Sagewood Drive, Montgomery, AL 36117, (334) 215-3878.

12. Vanessa Lynn Hall, 2144 Holton Road, Grady, AL 36036, ?

13. Reginald P. Boswell, 1589 Ala Highway 199, Tuskegee, AL, (334) 215-6092.

14.  Sylvesta Lee, Sr., 2631 Knollwood Drive, Montgomery, AL 36116 (334) 215-6049.

15. Elijah Hood, Jr., 1555 Deatsville Highway, Millbrook, AL 36054, (334) ?

16.  Any witness listed or called to testify by Defendant DYS.

17. Any witness listed or called to testify by Plaintiff.

    Respectfully submitted, this the 21st day of July, 2008.

                                  s/  JAMES ELDON WILSON
                                  James Eldon Wilson (WIL079)
                                  Deputy Attorney General
                                  Attorney For Michael Hardy

OF COUNSEL:
James Eldon Wilson, Esquire
4265 Lomac Street
Montgomery, AL 36106
(334) 409-2003; FAX (334) 409-2009
email:jameseldonwilson@mindspring.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 21st, 2008, I electronically filed the foregoing Updated Trial Witness List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Jimmy Jacobs, Esq.**
**Attorney for the Plaintiff**
**4137 Carmichael Rd, Ste 100**
**Montgomery, AL 361o6**

**T. Dudley Perry, Jr.**
**Deputy Attorney General**
**Attorney for the Defendants**
**Alabama Department of Youth Services**
**P.O. Box 66**
**Mt. Meigs, AL 36057**

                                                          **s/JAMES ELDON WILSON**
                                                          **Of Counsel**