IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. MCMILLIAN ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  2:07cv1-WKW |
| ) | |
| ALABAMA DEPT. OF YOUTH ) | |
| SERVICES, ET AL. ) | |
|     Defendant ) | |

### JUROR QUESTIONNAIRE CERTIFICATION

I, _Jimmy Jacobs_, counsel for _Tera McMillian_ do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

    I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

    I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _[signature]_
Printed Name of Counsel of Record: _Jimmy Jacobs_
Date: _____

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____

Received Jury Questionnaire CD from counsel
on 07/28/08 _[signature]_

Date: 25 July 08

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERA A. MCMILLIAN )
    **Plaintiff,** )
 )
vs. ) Case No. 2:07-cv-1-WKW
 )
AL. Dept. of Youth Services, et al. )
    **Defendant.** )

### JUROR QUESTIONNAIRE CERTIFICATION

I, T. Dudley Perry, Jr., counsel for Defendant DYS, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: *[signature]*
Printed Name of Counsel of Record: T. Dudley Perry, Jr.
Date: 07/21/2008

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____
Date: _____

Received Jury Questionnaire CD from counsel
on 07/28/08 *[signature]*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERA A. MCMILLIAN )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>ALABAMA DEPT. OF YOUTH )<br>SERVICES, ET AL. )<br>    Defendant ) | Case No.   2:07cv1-WKW |

### JUROR QUESTIONNAIRE CERTIFICATION

I, _JAMES ELDON WILSON_, counsel for _MICHAEL HARDY_, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _James Eldon Wilson_
Printed Name of Counsel of Record: _JAMES ELDON WILSON_
Date: _July 25, 2008_

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____

Received Jury Questionnaire CD from counsel
on 07/28/08 _[signature]_