IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERA A. McMILLIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-001-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For reasons stated on the record, the parties are ordered to mediate this case before Magistrate Judge Charles Coody. Attorney General Troy King or his designee shall appear at the mediation session to represent Alabama Department of Youth Services with authority to settle the case. The case is continued to the **October 20, 2008** trial term. A pretrial conference is scheduled for September 15, 2008. The court reserves ruling on all pending motions in limine and objections (*See* Docs. # 109, # 115, # 116, # 117, # 118, and # 126).

IT IS SO ORDERED.

Done this 4th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE